| **FORM B1** | **United States Bankruptcy Court**<br>_WESTERN_ **District of** _NEW YORK_ | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>_P&D Manufacturing, Inc.,_<br>_a Corporation_ | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>_fdba Winross_ | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all) _59-3694081_ | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>_855 Publishers Parkway_<br>_Webster NY 14580_ | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: _Monroe_ | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>_SAME_ | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(If different from street address above): _SAME_

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☒ Chapter 7 ☐ Chapter 11 ☐ Chapter 13 |
| ☒ Corporation | ☐ Stockbroker | ☐ Chapter 9 ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other _____ | ☐ Clearing Bank | |

**Nature of Debts** (Check one box)

☐ Consumer/Non-Business  ☒ Business

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101

☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)  | THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition | Name of Debtor(s): | **FORM B1, Page 2** |
|---|---|---|
| *(This page must be completed and filed in every case)* | *P&D Manufacturing, Inc.,* *a Corporation* | |

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| *Lowe, David & Patricia* | | *immediately after* |

| District: | Relationship: | Judge: |
|---|---|---|
| *WDNY* | *Affiliate* | *John C. Ninfo, II* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

**X** */s/ Raymond C. Stilwell, Esq.*
Signature of Attorney for Debtor(s)

*Raymond C. Stilwell, Esq.*
Printed Name of Attorney for Debtor(s)

*ADAIR KAUL MURPHY AXELROD & SANTORO LLP*
Firm Name

*300 Linden Oaks*
Address

*Suite 220*

*Rochester NY  14625*

*(585)248-3800*      *2/26/2004*
Telephone Number            Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ David Lowe*
Signature of Authorized Individual

*David Lowe*
Printed Name of Authorized Individual

*Vice President*
Title of Authorized Individual

*2/26/2004*
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

**X** _____ *2/26/2004*
Signature of Attorney for Debtor(s)        Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

_____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**X** _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

FORM B6 (6/90) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In re *P&D Manufacturing, Inc., a Corporation*

*fdba Winross*

Case No.

Chapter   **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A-Real Property | *Yes* | *1* | $ *0.00* | | |
| B-Personal Property | *Yes* | *2* | $ *0.00* | | |
| C-Property Claimed as Exempt | *No* | *0* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $ *0.00* | |
| E-Creditors Holding Unsecured Priority Claims | *Yes* | *52* | | $ *111,995.57* | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *18* | | $ *801,560.11* | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *No* | *0* | | | $ *0.00* |
| J-Current Expenditures of Individual Debtor(s) | *No* | *0* | | | $ *0.00* |
| Total Number of Sheets in All Schedules ▶ | | *76* | | | |
| Total Assets ▶ | | | $ *0.00* | | |
| Total Liabilities ▶ | | | | $ *913,555.68* | |

FORM B6 (6/90) West Group, Rochester, NY

In re *P&D Manufacturing, Inc., a  Corporation* / Debtor     Case No. _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, *David Lowe* , *Vice President* of the *Corporation* named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _77_ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: *2/26/2004*

Signature */s/ David Lowe*
Name: *David Lowe*
Title: *Vice President*

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

FORM B6D (12/03) West Group, Rochester, NY

In re <u>*P&D Manufacturing, Inc.*</u> / Debtor    Case No._____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 1 Canandaigua National Bank 73 South Main Street Canandaigua NY 14424* | | *2001* *Purchase Money Security*  Value: *$ 0.00* | | | | *Unknown* | *$ 0.00* |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

No continuation sheets attached

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | *0.00* | |
| **Total $** (Use only on last page. Report total also on Summary of Schedules) | *0.00* | |

In re _P&D Manufacturing, Inc._____ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☒ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☒ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_51_ continuation sheets attached

In re _P&D Manufacturing, Inc._ _____ / Debtor     Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   _Wages, salaries, and commissions_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim <br><br> H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| **Account No:** <br> *Creditor # : 1* <br> *Turn Chan* <br> *20 Burning Bush Drive* <br> *Rochester NY 14606* | | *2004* <br> *Wages* | | | | *$ 91.50* | *$ 91.50* |
| **Account No:** <br> *Creditor # : 2* <br> *Kevin DeRoller* <br> *1231 Lake Point Drive* <br> *Webster NY 14580* | | *2004* <br> *Wages* | | | | *$ 37.50* | *$ 37.50* |
| **Account No:** <br> *Creditor # : 3* <br> *Mike Dinsmore* <br> *61 Sandalwood Drive* <br> *Rochester NY 14616* | | *2004* <br> *Wages* | | | | *$ 237.50* | *$ 237.50* |
| **Account No:** <br> *Creditor # : 4* <br> *Anthony Mattiucci* <br> *925 Little Pond Way* <br> *Webster NY 14580* | | *2004* <br> *Wages* | | | | *$ 52.50* | *$ 52.50* |
| **Account No:** <br> *Creditor # : 5* <br> *Don Mazzola* <br> *34 Williamsburg Drive* <br> *Fairport NY 14450* | | *Disputed commission claim* | X | X | X | *$ 0.00* | *$ 0.00* |
| **Account No:** <br> *Creditor # : 6* <br> *Brian Miller* <br> *2 Goebel Street* <br> *Rochester NY 14620* | | *2004* <br> *Wages* | | | | *$ 42.00* | *$ 42.00* |
| **Account No:** <br> *Creditor # : 7* <br> *Mike Rank* <br> *715 Brookeville Drive* <br> *Webster NY 14580* | | *2004* <br> *Wages* | | | | *$ 16.50* | *$ 16.50* |

Sheet No. _1_ of _51_ continuation sheets attached to
Schedule of Creditors

**Subtotal $** | 477.50
(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | **Total $**

FORM B6E (12/03) West Group, Rochester, NY

In re *P&D Manufacturing, Inc.* _____ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY    *Wages, salaries, and commissions*

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim — H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 8 Brandon Rawlins 1106 Nestwood Lane Webster NY 14580* | | *2004 Wages* | | | | *$ 82.50* | *$ 82.50* |
| Account No: *Creditor # : 9 Cory Walker 1020 Shoemaker Road Webster NY 14580* | | *2004 Wages* | | | | *$ 25.50* | *$ 25.50* |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No.  *2*  of  *51*  continuation sheets attached to

Schedule of Creditors

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

**Subtotal $** (Total of this page)    *108.00*

Total $

In re *P&D Manufacturing, Inc.* _____ / Debtor     Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   *Deposits by individuals*

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:  *Creditor # : 10 Mike Absher 5575 Giddie Dr Winston Salem NC 27105* | | *2004 Price of unfurnished product order may have been shipped* | | | | *$ 52.50* | *$ 52.50* |
| Account No:  *Creditor # : 11 Edwin Adamczyk 7795 Oakland Pl Waterford MI 48327* | | *2004 Price of unfurnished product* | | | | *$ 655.00* | *$ 655.00* |
| Account No:  *Creditor # : 12 Rob Ahlers 66 W Nimisila Road Akron OH 44319* | | *2004 Price of unfurnished product* | | | | *$ 105.25* | *$ 105.25* |
| Account No:  *Creditor # : 13 Jaime Alston 114-62 210th St Jamaica NY 11411* | | *2004 Price of unfurnished product* | | | | *$ 59.58* | *$ 59.58* |
| Account No:  *Creditor # : 14 Tony Anderson 394 S Beston Rd LaGrange NC 28551* | | *2004 Price of unfurnished product* | | | | *$ 107.25* | *$ 107.25* |
| Account No:  *Creditor # : 15 Bruce Andrews PO Box 13 Whitsett NC 27377* | | *2004 Price of unfurnished product* | | | | *$ 48.25* | *$ 48.25* |
| Account No:  *Creditor # : 16 Marcia Armbrecht 40 Scott Dr Stroudsburg PA 18360* | | *2004 Price of unfurnished product* | | | | *$ 105.25* | *$ 105.25* |

Sheet No.   *3*   of   *51*   continuation sheets attached to
Schedule of Creditors

**Subtotal $**     *1,428.58*
(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re **P&D Manufacturing, Inc.** _____/ Debtor        Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   **Deposits by individuals**

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:  **Creditor # : 17** **J.Richard Aresnault** **211 Blue Mt. Est.** **Rocky Face GA 30740** | | **2004** **Price of unfurnished product** | | | | **$ 343.75** | **$ 343.75** |
| Account No:  **Creditor # : 18** **Greg Atkinson** **3456 Marblecrest Ct** **Dayton OH 45440** | | **2004** **Price of unfurnished product** | | | | **$ 254.50** | **$ 254.50** |
| Account No:  **Creditor # : 19** **Timothy Baer** **16303 Gulfwinds Ct** **Grover MO 63040** | | **2004** **Price of unfurnished product** | | | | **$ 50.50** | **$ 50.50** |
| Account No:  **Creditor # : 20** **Dennis Bagby** **2233 N. Suree Ellen Lane** **Altadena CA 91001** | | **2004** **Price of unfurnished product** | | | | **$ 154.50** | **$ 154.50** |
| Account No:  **Creditor # : 21** **George Beauchamp** **10425 Beauchamp Lane** **Delmar DE 19940** | | **2004** **Price of unfurnished product** | | | | **$ 57.50** | **$ 57.50** |
| Account No:  **Creditor # : 22** **Ralph Beaulleu** **196 Westshore Ave** **Manchester NH 03109** | | **2004** **Price of unfurnished product** | | | | **$ 74.25** | **$ 74.25** |
| Account No:  **Creditor # : 23** **Edwin Beck** **2927 Woodshead Terr** **York PA 17403** | | **2004** **Price of unfurnished product** | | | | **$ 103.25** | **$ 103.25** |

Sheet No. **4** of **51** continuation sheets attached to

Schedule of Creditors

**Subtotal $**          **1,021.50**

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

FORM B6E (12/03) West Group, Rochester, NY

In re _P&D Manufacturing, Inc._ _____ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY  *Deposits by individuals*

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:  Creditor # : 24 Larry & Darlene Becker 1954 Renoll Lane Spring Grove PA 17362 | | 2004 Price of unfurnished product | | | | $ 57.50 | $ 57.50 |
| Account No:  Creditor # : 25 Terry Becksvoort 5020 Christy Lane Holland MI 49424 | | 2004 Price of unfurnished product | | | | $ 105.25 | $ 105.25 |
| Account No:  Creditor # : 26 Paul Beddiges 181 Bear Dr Lehighton PA 18235 | | 2004 Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No:  Creditor # : 27 Randy Bedway 30 Avenue E Schuklkillhaven PA 17972 | | 2004 Price of unfurnished product | | | | $ 50.50 | $ 50.50 |
| Account No:  Creditor # : 28 Don Beem 703 N. Buffalo St Silver City NM 88061 | | 2004 Price of unfurnished product | | | | $ 146.50 | $ 146.50 |
| Account No:  Creditor # : 29 Douglas Bender 4959 Renie Rd Bellville OH 44813 | | 2004 Price of unfurnished product | | | | $ 104.25 | $ 104.25 |
| Account No:  Creditor # : 30 James Bernardoni 52 New Plaza St Yalesville CT 06492-2237 | | 2004 Price of unfurnished product | | | | $ 146.50 | $ 146.50 |

Sheet No. __5__ of __51__ continuation sheets attached to

Schedule of Creditors

**Subtotal $**    762.75

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ / Debtor  Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY  _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:  _Creditor # : 31_ _Lawrence Berra_ _230 Banta Avenue_ _Garfield NJ 07026_ | | _2004_ _Price of unfurnished product_ | | | | _$ 201.00_ | _$ 201.00_ |
| Account No:  _Creditor # : 32_ _Clifford Besch_ _2715 Jenna Circle_ _Montgomery IL 60538_ | | _2004_ _Price of unfurnished product_ | | | | _$ 152.50_ | _$ 152.50_ |
| Account No:  _Creditor # : 33_ _Nicole Betz_ _174 Meadow Lane_ _Marlton NJ 08053_ | | _2004_ _Price of unfurnished product_ _order may have been shipped_ | | | | _$ 57.50_ | _$ 57.50_ |
| Account No:  _Creditor # : 34_ _Bob Blazina_ _409 Mayer Ct_ _Ridgefield NJ 07657_ | | _2004_ _Price of unfurnished product_ | | | | _$ 151.50_ | _$ 151.50_ |
| Account No:  _Creditor # : 35_ _Paul Block_ _12462 N Luckoff Rd_ _Marana AZ 85653_ | | _2004_ _Price of unfurnished product_ _order may have been shipped_ | | | | _$ 44.00_ | _$ 44.00_ |
| Account No:  _Creditor # : 36_ _Thomas Blondin_ _3205 27th St_ _Parkersburg WV 26104_ | | _2004_ _Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:  _Creditor # : 37_ _Fern Blose_ _119 Redcliff Dr_ _Cresco PA 18326_ | | _2004_ _Price of unfurnished product_ _order may have been shipped_ | | | | _$ 52.50_ | _$ 52.50_ |

Sheet No. _6_ of _51_ continuation sheets attached to

Schedule of Creditors

**Subtotal $**  _716.50_

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

FORM B6E (12/03) West Group, Rochester, NY

In re _P&D Manufacturing, Inc._____ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY    _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:  Creditor # : 38 Robert Bloucher 105 Maiden Choice Lane Carsonville MD 21228 | | 2004 Price of unfurnished product | | | | $ 57.50 | $ 57.50 |
| Account No:  Creditor # : 39 Linda Blue 7126 Country Rd 635W Reelsville IN 46171 | | 2004 Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No:  Creditor # : 40 Jean Bobeck RR3- Box 3586 Hazelton PA 18201 | | 2004 Price of unfurnished product order may have been shipped | | | | $ 104.25 | $ 104.25 |
| Account No:  Creditor # : 41 Scott Bodine 156 Lincoln Ave Mount Holly NJ 08060 | | 2004 Price of unfurnished product | | | | $ 155.50 | $ 155.50 |
| Account No:  Creditor # : 42 Dennis Bodisch 105 N. Skyline Dr Clarks Summit PA 18411 | | 2004 Price of unfurnished product | | | | $ 105.25 | $ 105.25 |
| Account No:  Creditor # : 43 Kenneth Boling, Sr. 408 N. Birchwood Avenue Louisville KY 40206 | | 2004 Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No:  Creditor # : 44 Joseph Bollinger 2490 Tom Austin Hwy Greenbrier TN 37073 | | 2004 Price of unfurnished product | | | | $ 154.50 | $ 154.50 |

Sheet No.   **7**   of   **51**   continuation sheets attached to

Schedule of Creditors

**Subtotal $**    _688.00_

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._____/ Debtor     Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No: _Creditor # : 45_ _Nancy Borsey_ _128 Waterbury Ave_ _Stamford CT 06902_ | | _2004_ _Price of unfurnished product_ _order may have been shipped_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No: _Creditor # : 46_ _Kirk Bowman_ _809 Canton St_ _Jefferson LA 70121_ | | _2004_ _Price of unfurnished product_ | | | | _$ 53.50_ | _$ 53.50_ |
| Account No: _Creditor # : 47_ _Carl Bracken_ _2512 Ann Way_ _Lower Burrell  PA 15068_ | | _2004_ _Price of unfurnished product_ _order may have been shipped_ | | | | _$ 57.50_ | _$ 57.50_ |
| Account No: _Creditor # : 48_ _James & Donna Brandt_ _280 Meadow Lane_ _Lebanon PA 17042_ | | _2004_ _Price of unfurnished product_ | | | | _$ 309.00_ | _$ 309.00_ |
| Account No: _Creditor # : 49_ _Paul Bridges_ _23913 NW 94th Ave_ _Alachua FL 32615_ | | _2004_ _Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No: _Creditor # : 50_ _Daryl Brink_ _550 Lauricella Ave_ _Jefferson LA 70121_ | | _2004_ _Price of unfurnished product_ | | | | _$ 57.50_ | _$ 57.50_ |
| Account No: _Creditor # : 51_ _Brian Brungard_ _95 Blessing Drive_ _Muncy PA 17756_ | | _2004_ _Price of unfurnished product_ | | | | _$ 154.50_ | _$ 154.50_ |

Sheet No. _8_ of _51_ continuation sheets attached to

Schedule of Creditors

**Subtotal $**     _792.75_

(Total of this page)

Total $

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._____ / Debtor          Case No._____

                                                                        (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim<br><br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 52_<br>_William Bruns_<br>_472  Tailholt Lane_<br>_Shelbyville IN 46176_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 107.25_ | _$ 107.25_ |
| Account No:<br>_Creditor # : 53_<br>_Dale Bryant_<br>_6704 Landover Hills Lane_<br>_Arlington TX 76017_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 57.50_ | _$ 57.50_ |
| Account No:<br>_Creditor # : 54_<br>_Joseph Bryson_<br>_3871 E 146 St_<br>_Cleveland OH 44128_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 109.25_ | _$ 109.25_ |
| Account No:<br>_Creditor # : 55_<br>_Christian Burkholder_<br>_5668 Pine Road_<br>_Thomasville PA 17364_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br>_Creditor # : 56_<br>_Bruce Burley_<br>_470 N Samuel Dr_<br>_Zanesville OH 43701_ | | _2004_<br>_Price of unfurnished product_<br>_order may have been shipped_ | | | | _$ 105.25_ | _$ 105.25_ |
| Account No:<br>_Creditor # : 57_<br>_Robert Burrows_<br>_1817 Myers Rd_<br>_Shelbyville OH 44875_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 105.25_ | _$ 105.25_ |
| Account No:<br>_Creditor # : 58_<br>_Paul Bygd_<br>_2024 Gernetz Lane_<br>_Red Wing MN 55066_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 50.50_ | _$ 50.50_ |

Sheet No. _9_ of _51_ continuation sheets attached to

Schedule of Creditors

**Subtotal $**    _540.75_

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY    _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No: _Creditor # : 59 Nick Calola Jr. 100 Vineyard Rd Edison NJ 08817_ | | _2004 Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No: _Creditor # : 60 William T Carline III 30 Tyler St Attleboro MA 02703_ | | _2004 Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No: _Creditor # : 61 Edward Carter 3807 Clubhouse Dr Fayetteville PA 17222_ | | _2004 Price of unfurnished product_ | | | | _$ 54.50_ | _$ 54.50_ |
| Account No: _Creditor # : 62 Vincent Cestaro 41 Van Rensselaer St Belleville NJ 07109_ | | _2004 Price of unfurnished product_ | | | | _$ 50.50_ | _$ 50.50_ |
| Account No: _Creditor # : 63 Greg Chandler 1218 Washington St Eden   NC 27288_ | | _2004 Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No: _Creditor # : 64 David Chapell 89 Ohio St Laporte IN 46350_ | | _2004 Price of unfurnished product_ | | | | _$ 57.50_ | _$ 57.50_ |
| Account No: _Creditor # : 65 Tom Chladek 3427 G Street Philadelphia PA 19134_ | | _2004 Price of unfurnished product_ | | | | _$ 201.50_ | _$ 201.50_ |

Sheet No. _10_ of _51_ continuation sheets attached to

Schedule of Creditors

**Subtotal $**    _523.88_

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   *Deposits by individuals*

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:  **Creditor # : 66 Roy & Carol Chugg 135 Ridgewood Rd Rochester NY 14626** | | *2004 Price of unfurnished product* | | | | *$ 50.88* | *$ 50.88* |
| Account No:  **Creditor # : 67 Michael Cicalese 200 Bungalow Terr Millington NJ 07946** | | *2004 Price of unfurnished product* | | | | *$ 50.50* | *$ 50.50* |
| Account No:  **Creditor # : 68 Tom Cichon 55 Rogers Ave Rochester NY 14606** | | *2004 Price of unfurnished product* | | | | *$ 153.72* | *$ 153.72* |
| Account No:  **Creditor # : 69 Jeff Cleary 646 Elm St Bally PA 19503** | | *2004 Price of unfurnished product* | | | | *$ 55.50* | *$ 55.50* |
| Account No:  **Creditor # : 70 Michael Collins 5331 Grain Mill Rd Pahrump NV 89061** | | *2004 Price of unfurnished product* | | | | *$ 50.50* | *$ 50.50* |
| Account No:  **Creditor # : 71 Bill Colotto 6016 Tournament Dr Waterville OH 43566** | | *2004 Price of unfurnished product* | | | | *$ 55.50* | *$ 55.50* |
| Account No:  **Creditor # : 72 Warren Condon 4403 E Orange Creek La Anaheim CA 92780** | | *2004 Price of unfurnished product* | | | | *$ 158.50* | *$ 158.50* |

Sheet No. _11_ of _51_ continuation sheets attached to

Schedule of Creditors

**Subtotal $** | *573.33*

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

FORM B6E (12/03) West Group, Rochester, NY

In re _P&D Manufacturing, Inc._____ / Debtor     Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY  _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:  _Creditor # : 73_ _John Cook_ _18 Bradford Terr_ _New Windsor NY 12553_ | | _2004_ _Price of unfurnished product_ | | | | _$ 53.73_ | _$ 53.73_ |
| Account No:  _Creditor # : 74_ _Randy Cool_ _14707 Pennsylvania Ave_ _Hagerstown MD 21742_ | | _2004_ _Price of unfurnished product_ | | | | _$ 201.00_ | _$ 201.00_ |
| Account No:  _Creditor # : 75_ _Joe Coolack_ _659 Limecrest Rd_ _Newton NJ 07860_ | | _2004_ _Price of unfurnished product_ | | | | _$ 54.50_ | _$ 54.50_ |
| Account No:  _Creditor # : 76_ _Robert Cooper_ _507 Blackburn Ave_ _York NE 68467_ | | _2004_ _Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:  _Creditor # : 77_ _Timothy Cooper_ _390 Andrews Dr_ _PO Box 249_ _Almond NC 28702-0249_ | | _2004_ _Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:  _Creditor # : 78_ _Pierre Cousar_ _78 W 141st St_ _Dixmoor IL 60426_ | | _2004_ _Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:  _Creditor # : 79_ _Douglas Crips_ _255 Peachtree Place_ _Mason MI 48854_ | | _2004_ _Price of unfurnished product_ | | | | _$ 52.00_ | _$ 52.00_ |

Sheet No. _12_ of _51_ continuation sheets attached to

Schedule of Creditors

**Subtotal $**     _621.73_

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._____ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY    _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:  Creditor # : 80 Terry Cromley POB 20 Montadon PA 17850 | | 2004 Price of unfurnished product | | | | $ 149.50 | $ 149.50 |
| Account No:  Creditor # : 81 Sean & Ellen Cronan 67 E Case Dr Hudson OH 44236 | | 2004 Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No:  Creditor # : 82 Mike Culliton 5230 Mosquero Rd Spring Hill FL 34606 | | 2004 Price of unfurnished product order may have been shipped | | | | $ 154.50 | $ 154.50 |
| Account No:  Creditor # : 83 Robert Cultice, Jr. PO Box 52 812 W Dalmen Rd Kouts IN 46347 | | 2004 Price of unfurnished product | | | | $ 151.50 | $ 151.50 |
| Account No:  Creditor # : 84 Patrick Currence 6468 Rockshire St Alexandria VA 22315 | | 2004 Price of unfurnished product | | | | $ 194.90 | $ 194.90 |
| Account No:  Creditor # : 85 Samuel Curry 8434 Knights Ridge Rd Charlotte NC 28210 | | 2004 Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No:  Creditor # : 86 Clarence Dals 32972 106th St Eureka SD 57437 | | 2004 Price of unfurnished product | | | | $ 50.50 | $ 50.50 |

Sheet No. _13_ of _51_ continuation sheets attached to

Schedule of Creditors

**Subtotal $**    863.65

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._____ / Debtor     Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:  _Creditor # : 87_ _Mark Danielczyk_ _4302 W Shamrock Lane #30_ _McHenry IL 60050_ | | _2004_ _Price of unfurnished product_ | | | | _$ 107.25_ | _$ 107.25_ |
| Account No:  _Creditor # : 88_ _Michiel Davis_ _455 N Walnut_ _Wahoo NE 68066_ | | _2004_ _Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:  _Creditor # : 89_ _Leo Debri_ _959 Kendlewood NE_ _Grand Rapids MI 49505_ | | _2004_ _Price of unfurnished product_ | | | | _$ 159.75_ | _$ 159.75_ |
| Account No:  _Creditor # : 90_ _Nick Degrazio_ _306 Pine Rock Ave_ _Hamden CT 06514-4858_ | | _2004_ _Price of unfurnished product_ | | | | _$ 50.50_ | _$ 50.50_ |
| Account No:  _Creditor # : 91_ _Jim Deibert_ _2225 Benders Dr_ _Bath PA 18014_ | | _2004_ _Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:  _Creditor # : 92_ _Harvey Dekrafft_ _1000 Main Street #200_ _Voorhees NJ 08054_ | | _2004_ _Price of unfurnished product_ | | | | _$ 104.25_ | _$ 104.25_ |
| Account No:  _Creditor # : 93_ _Barbara Demay_ _2253 Boller Dr_ _Westminster MD 21157_ | | _2004_ _Price of unfurnished product_ | | | | _$ 54.50_ | _$ 54.50_ |

Sheet No. _14_ of _51_ continuation sheets attached to

Schedule of Creditors

**Subtotal $**            _533.50_

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._____/ Debtor     Case No._____

                                                                        (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY     _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim<br><br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 94_<br>_Clarence Derr_<br>_6816 Everall Avenue_<br>_Baltimore MD 21206_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 50.50_ | _$ 50.50_ |
| Account No:<br>_Creditor # : 95_<br>_Judy & Ronald Devine_<br>_500 E Joyce St_<br>_Mebane NC 27302_ | | _20004_<br>_Price of unfurnished product_ | | | | _$ 149.50_ | _$ 149.50_ |
| Account No:<br>_Creditor # : 96_<br>_Robert Dignan_<br>_433 Hartsdale Rd_<br>_Virginia Beach VA 23462_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 151.50_ | _$ 151.50_ |
| Account No:<br>_Creditor # : 97_<br>_Richard Ditzler_<br>_327 Fretz Rd_<br>_Perkasle PA 18944_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 153.50_ | _$ 153.50_ |
| Account No:<br>_Creditor # : 98_<br>_Thomas Donelson_<br>_337 S. Countryside Dr_<br>_Ashland OH 44805_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 207.00_ | _$ 207.00_ |
| Account No:<br>_Creditor # : 99_<br>_Brian Donohue_<br>_7454 Racing Rd_<br>_Pleasant Garden NC 27313_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 50.50_ | _$ 50.50_ |
| Account No:<br>_Creditor # : 100_<br>_William Donovan_<br>_1808 Edgewater Trail_<br>_Whitehouse TX 75791_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |

Sheet No. _15_ of _51_ continuation sheets attached to

Schedule of Creditors

**Subtotal $**     _872.75_

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._____ / Debtor          Case No._____

                                                                                    (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY     _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim<br><br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 101_<br>_James Dorris_<br>_14 E. Howard St_<br>_Stowe PA 19464_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 105.25_ | _$ 105.25_ |
| Account No:<br>_Creditor # : 102_<br>_Bruce Doyle_<br>_154 Church Street_<br>_Keyport NJ 07735_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 152.50_ | _$ 152.50_ |
| Account No:<br>_Creditor # : 103_<br>_Todd Dudley_<br>_458 Pleasant Valley Rd_<br>_Silver Creek GA 30173_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 105.25_ | _$ 105.25_ |
| Account No:<br>_Creditor # : 104_<br>_Ed & Midge Edwards_<br>_RR6- Box 6595_<br>_Moscow PA 18444_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 95.25_ | _$ 95.25_ |
| Account No:<br>_Creditor # : 105_<br>_Sidney Edwards_<br>_737 Pangburn Street_<br>_Grand Prairie TX 75051_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 57.50_ | _$ 57.50_ |
| Account No:<br>_Creditor # : 106_<br>_Robert Erickson_<br>_617 Chicago Street_<br>_East Peoria IL 61611_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 160.75_ | _$ 160.75_ |
| Account No:<br>_Creditor # : 107_<br>_Virginia Ernst_<br>_465 Manor Dr_<br>_Seymour IN 47274_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 198.00_ | _$ 198.00_ |

Sheet No. _16_ of _51_ continuable sheets attached to

Schedule of Creditors

**Subtotal $**     _1,064.75_

(Total of this page)

Total $

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

FORM B6E (12/03) West Group, Rochester, NY

In re _P&D Manufacturing, Inc._____ / Debtor          Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY     *Deposits by individuals*

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim<br><br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 108*<br>*Ron Evans*<br>*1320 Southeast Avenue*<br>*Tallmadge OH 44278* | | *2004*<br>*Price of unfurnished product* | | | | *$ 351.00* | *$ 351.00* |
| Account No:<br>*Creditor # : 109*<br>*Earl Evans*<br>*PO Box 522*<br>*3461 Canfield Niles Rd*<br>*Canfield OH 44406* | | *2004*<br>*Price of unfurnished product* | | | | *$ 151.50* | *$ 151.50* |
| Account No:<br>*Creditor # : 110*<br>*James Eyer*<br>*401 Adelia*<br>*Springfield IL 62704* | | *2004*<br>*Price of unfurnished product* | | | | *$ 55.50* | *$ 55.50* |
| Account No:<br>*Creditor # : 111*<br>*Les Fitzgerald*<br>*241 Broadway Avenue*<br>*Horsham PA 19044* | | *2004*<br>*Price of unfurnished product* | | | | *$ 301.00* | *$ 301.00* |
| Account No:<br>*Creditor # : 112*<br>*Robert Flood*<br>*PO Box 501*<br>*206 N. 1st Street*<br>*Newman Grove NE 68758* | | *2004*<br>*Price of unfurnished product* | | | | *$ 105.25* | *$ 105.25* |
| Account No:<br>*Creditor # : 113*<br>*Richard Ford*<br>*6985 Harmony Circle*<br>*Talbott TN 37877* | | *2004*<br>*Price of unfurnished product* | | | | *$ 105.25* | *$ 105.25* |
| Account No:<br>*Creditor # : 114*<br>*Michael Fountain*<br>*1193 N 1100 W*<br>*Farmington UT 84025* | | *2004*<br>*Price of unfurnished product* | | | | *$ 55.50* | *$ 55.50* |

Sheet No. _17_ of _51_ continuation sheets attached to

Schedule of Creditors

**Subtotal $**                  *1,216.75*

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   *Deposits by individuals*

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim <br><br> H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 115*<br>*James Fralin*<br>*PO Box 5037*<br>*Roanoke VA 24012* | | *2004*<br>*Price of unfurnished product* | | | | *$ 197.00* | *$ 197.00* |
| Account No:<br>*Creditor # : 116*<br>*Joyce Frey*<br>*446 Longfellow Dr*<br>*Lancaster PA 17602* | | *2004*<br>*Price of unfurnished product* | | | | *$ 54.50* | *$ 54.50* |
| Account No:<br>*Creditor # : 117*<br>*Michael Frye*<br>*4427 H Street*<br>*Philadelphia PA 19124* | | *2004*<br>*Price of unfurnished product*<br>*order may have been shipped* | | | | *$ 105.25* | *$ 105.25* |
| Account No:<br>*Creditor # : 118*<br>*Frederick Gabriel*<br>*1030 Hardesty Place W*<br>*Columbus OH 43204* | | *2004*<br>*Price of unfurnished product* | | | | *$ 55.50* | *$ 55.50* |
| Account No:<br>*Creditor # : 119*<br>*Robby Gaines*<br>*4500 US Highway 25*<br>*East Bernstadt KY 40729* | | *2004*<br>*Price of unfurnished product* | | | | *$ 100.25* | *$ 100.25* |
| Account No:<br>*Creditor # : 120*<br>*Al & Jeffrey Gamble*<br>*629 Hawthorne St*<br>*Enola PA 17025* | | *2004*<br>*Price of unfurnished product* | | | | *$ 55.50* | *$ 55.50* |
| Account No:<br>*Creditor # : 121*<br>*Charlie Gartman*<br>*1001 N Berkley #108A*<br>*Desoto TX 75115* | | *2004*<br>*Price of unfurnished product* | | | | *$ 250.00* | *$ 250.00* |

Sheet No. _18_ of _51_ continuation sheets attached to

Schedule of Creditors

**Subtotal $**    *979.09*

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

FORM B6E (12/03) West Group, Rochester, NY

In re _P&D Manufacturing, Inc._____ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim<br><br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 122_<br>_Tom Gascoigne_<br>_1763 Baseline Rd #450_<br>_Grand Island NY  14072_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 216.59_ | _$ 216.59_ |
| Account No:<br>_Creditor # : 123_<br>_Robert Gates_<br>_211 A Gates Rd_<br>_Little Ferry NJ 07643_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 152.50_ | _$ 152.50_ |
| Account No:<br>_Creditor # : 124_<br>_James George_<br>_841 Old Farm Dr NW_<br>_Grand Rapids MI 49544_ | | _2004_<br>_Price of unfurnished product_<br>_order may have been shipped_ | | | | _$ 59.50_ | _$ 59.50_ |
| Account No:<br>_Creditor # : 125_<br>_Thomas Gerwer_<br>_117 7th Avenue_<br>_Brandon SD 57005_ | | _2004_<br>_Price of unfurnished product_<br>_order may have been shipped_ | | | | _Unknown_ | _$ 0.00_ |
| Account No:<br>_Creditor # : 126_<br>_Wayne Gestring_<br>_849 Avon Rd_<br>_Memphis TN 38122_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br>_Creditor # : 127_<br>_Edgar Giraldo_<br>_PO Box 493_<br>_Dover NJ 07801_ | | _2004_<br>_Price of unfurnished product_<br>_order may have been shipped_ | | | | _$ 109.25_ | _$ 109.25_ |
| Account No:<br>_Creditor # : 128_<br>_Ralph Glaus_<br>_PO Box 363_<br>_New Athens IL 62264_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 50.50_ | _$ 50.50_ |

Sheet No. _19_ of _51_ continuation sheets attached to

Schedule of Creditors

**Subtotal $**    _590.09_

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ _____ / Debtor     Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY  _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 129_<br>_Wade Glessner_<br>_264 High Mtn Rd_<br>_Shippensburg PA 17257_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br>_Creditor # : 130_<br>_James Glover_<br>_PO Box 1713_<br>_Abingdon VA 24210_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 180.50_ | _$ 180.50_ |
| Account No:<br>_Creditor # : 131_<br>_Brian Gordiski_<br>_68 Byram Shore Rd_<br>_Greenwich CT 06830_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 263.50_ | _$ 263.50_ |
| Account No:<br>_Creditor # : 132_<br>_Lee Graham_<br>_67 Third Ave SW_<br>_Pataskala OH 43062_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 351.00_ | _$ 351.00_ |
| Account No:<br>_Creditor # : 133_<br>_James Graves_<br>_255 E. Main St_<br>_Norwalk OH 44857_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 50.50_ | _$ 50.50_ |
| Account No:<br>_Creditor # : 134_<br>_Charles Gregg_<br>_2314 Rockvale Rd_<br>_Lancaster PA 17602_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 50.50_ | _$ 50.50_ |
| Account No:<br>_Creditor # : 135_<br>_Richard Griffith_<br>_13115 Lester Dr_<br>_St. Louis MO 63138_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |

Sheet No. _20_ of _51_ continuation sheets attached to

Schedule of Creditors

**Subtotal $**    _1,505.50_

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ / Debtor     Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY     _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 136** **Ray Groff** **PO Box 444** **Mount Joy PA 17522** | | _2004_ _Price of unfurnished product_ | | | | _$ 549.00_ | _$ 549.00_ |
| Account No: **Creditor # : 137** **Samuel Guido** **20 Bunker Avenue** **Yorkville NY 13495** | | _2004_ _Price of unfurnished product_ | | | | _$ 113.17_ | _$ 113.17_ |
| Account No: **Creditor # : 138** **Bruce Gunther** **360 Meetinghouse Lane** **Lancaster PA 17601** | | _2004_ _Price of unfurnished product_ | | | | _$ 156.50_ | _$ 156.50_ |
| Account No: **Creditor # : 139** **Karen Halday** **100 Oakview Dr** **West Haven CT 06516** | | _2004_ _Price of unfurnished product_ | | | | _$ 56.50_ | _$ 56.50_ |
| Account No: **Creditor # : 140** **Robert Hall** **2258 Newville Rd** **Carlisle PA 17013** | | _2004_ _Price of unfurnished product_ | | | | _$ 100.25_ | _$ 100.25_ |
| Account No: **Creditor # : 141** **David Halter** **927 Oak Dr** **Pottstown PA 19464** | | _2004_ _Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No: **Creditor # : 142** **Tim Hanna** **4125 Marietta Avenue** **Mt Joy PA 17552** | | _2004_ _Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |

Sheet No. _21_ of _51_ continuation sheets attached to

Schedule of Creditors

**Subtotal $**     _1,136.17_

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ / Debtor     Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:  Creditor # : 143 James Harner 6 Walnut Ln Sacramento PA 17968 | | 2004 Price of unfurnished product | | | | $ 105.25 | $ 105.25 |
| Account No:  Creditor # : 144 Scott Harter 6 Willowbend Ct Bloomngton IL 61704 | | 2004 Price of unfurnished product | | | | $ 313.25 | $ 313.25 |
| Account No:  Creditor # : 145 James Hayden Jr 541 Broad St, Box 66 Tatamy PA 18085 | | 2004 Price of unfurnished product order may have been shipped | | | | $ 54.50 | $ 54.50 |
| Account No:  Creditor # : 146 James Hayden 541 Broad St POB 66 Tatamy PA 18085 | | 2004 Price of unfurnished product | | | | $ 246.50 | $ 246.50 |
| Account No:  Creditor # : 147 Ryan Heck 455 Hornet Ave Unit 121 Pearl Harbor HI 96860 | | 2004 Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No:  Creditor # : 148 Louis & Martha Helterbran 70-351 Old Town Rd Vernon CT 06066 | | 2004 Price of unfurnished product | | | | $ 122.50 | $ 122.50 |
| Account No:  Creditor # : 149 Gene Henson 1645 Biloxi Ct Orlando FL 32818 | | 2004 Price of unfurnished product | | | | $ 201.00 | $ 201.00 |

Sheet No. _22_ of _51_ continuation sheets attached to

Schedule of Creditors

**Subtotal $**   _1,028.50_

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ / Debtor     Case No._____

                                                          (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim<br><br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 150<br>Robert Henuset<br>10975 Dutton Rd<br>Philadelphia PA 19154 | | 2004<br>Price of unfurnished product<br>order may have been shipped | | | | $ 52.50 | $ 52.50 |
| Account No:<br>Creditor # : 151<br>Ron Hicks<br>11015 North Farm Rd #139<br>Brighton MO 65617 | | 2004<br>Price of unfurnished product | | | | $ 105.25 | $ 105.25 |
| Account No:<br>Creditor # : 152<br>George Hiler<br>9850 Rosemont Ave #302<br>Lone Tree CO 80124 | | 2004<br>Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No:<br>Creditor # : 153<br>Elmer Hill<br>98 Lincoln Dr<br>Pennsville NJ 08070 | | 2004<br>Price of unfurnished product | | | | $ 57.50 | $ 57.50 |
| Account No:<br>Creditor # : 154<br>Steven Hinkle<br>933 Valencia Mesa Dr<br>Fullerton CA 92835 | | 2004<br>Price of unfurnished product | | | | $ 57.50 | $ 57.50 |
| Account No:<br>Creditor # : 155<br>Kenneth Hoffman<br>1154 Hasenour Ave<br>Jasper IN 47546 | | 2004<br>Price of unfurnished product | | | | $ 57.50 | $ 57.50 |
| Account No:<br>Creditor # : 156<br>Willie Holley<br>1135 Samuelson St<br>City of Industry CA 91748 | | 2004<br>Price of unfurnished product<br>order may have been shipped | | | | $ 57.50 | $ 57.50 |

Sheet No. _23_ of _51_ continuation sheets attached to

Schedule of Creditors

**Subtotal $**      436.25

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ _____/ Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY    _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:  Creditor # : 157 Larry Holmquist 28543 730th Ave St James MN 56081 | | 2004 Price of unfurnished product | | | | $ 50.50 | $ 50.50 |
| Account No:  Creditor # : 158 Andrew Horner 1413 E Chestnut St Lebanon PA 17042 | | 2004 Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No:  Creditor # : 159 Owen Horton Jr. 7571 Thomas Spring Rd Bridgewater VA 22812 | | 2004 Price of unfurnished product | | | | $ 57.50 | $ 57.50 |
| Account No:  Creditor # : 160 Gayle Horton W10757 Jeffrey Rd Merrillan WI 54754 | | 2004 Price of unfurnished product | | | | $ 148.50 | $ 148.50 |
| Account No:  Creditor # : 161 Paul Host 3302 N Cramer St Milwaukee WI 53211 | | 2004 Price of unfurnished product | | | | $ 56.50 | $ 56.50 |
| Account No:  Creditor # : 162 Lewis Hudson 1655 Banbridge Rd Kernersville NC 27284 | | 2004 Price of unfurnished product | | | | $ 153.25 | $ 153.25 |
| Account No:  Creditor # : 163 Douglas Hudson 2335 Buttermilk Crossing #142 Crescent Springs KY 41017 | | 2004 Price of unfurnished product | | | | $ 162.50 | $ 162.50 |

Sheet No. _24_ of _51_ continuation sheets attached to

Schedule of Creditors

**Subtotal $**     634.25

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._____ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY    _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim<br><br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 164_<br>_John & Diana Hunter_<br>_130 Quail Haven Dr_<br>_Walhalla SC 29691_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 103.25_ | _$ 103.25_ |
| Account No:<br>_Creditor # : 165_<br>_Jeff Hunter_<br>_3200 Mill Pond Dr_<br>_Belbrook OH 45305_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br>_Creditor # : 166_<br>_Donald Hurlbutt_<br>_2114 Lillian St_<br>_Bellevue NE 68147_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 102.25_ | _$ 102.25_ |
| Account No:<br>_Creditor # : 167_<br>_Ronald Hurst_<br>_POB 277_<br>_Greenwood DE 19950_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 368.00_ | _$ 368.00_ |
| Account No:<br>_Creditor # : 168_<br>_Jack Butcher_<br>_3842 Yew Drive_<br>_Columbus OH 43228_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 54.50_ | _$ 54.50_ |
| Account No:<br>_Creditor # : 169_<br>_Paul Jakublak_<br>_4340 Courtside Dr_<br>_Williamstown MI 48895_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 296.00_ | _$ 296.00_ |
| Account No:<br>_Creditor # : 170_<br>_Stephen Janiski_<br>_8820 Goldentree Lane_<br>_Essex MD 21221_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 107.25_ | _$ 107.25_ |

Sheet No. _25_ of _51_ continuation sheets attached to

Schedule of Creditors

**Subtotal $**    _886.00_

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ / Debtor     Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 171** *John Jandura* *19 Lorraine Drive* *Clifron NJ 07012* | | *2004* *Price of unfurnished product* | | | | *$ 95.25* | *$ 95.25* |
| Account No: **Creditor # : 172** *Wayne Johnson* *16 Pendexter St* *Lynn MA 01960* | | *2004* *Price of unfurnished product* *order may have been shipped* | | | | *$ 63.50* | *$ 63.50* |
| Account No: **Creditor # : 173** *Billy Joyce* *3075 Highway 8 South* *Walnut Cove NC 27052* | | *2004* *Price of unfurnished product* | | | | *$ 160.50* | *$ 160.50* |
| Account No: **Creditor # : 174** *Robert Kanton* *1016 Martarano Dr* *Throop PA 18447* | | *2004* *Price of unfurnished product* | | | | *$ 193.00* | *$ 193.00* |
| Account No: **Creditor # : 175** *Tom Kasper* *1101 Honey Lane* *New Lenox IL 60451* | | *2004* *Price of unfurnished product* | | | | *$ 55.50* | *$ 55.50* |
| Account No: **Creditor # : 176** *Harlan Keeley* *239 Ridge Road* *Claymont DE 19703* | | *2004* *Price of unfurnished product* | | | | *$ 50.50* | *$ 50.50* |
| Account No: **Creditor # : 177** *Barry Kelchner* *35 Marsh Hawk* *Hackettstown NJ 07840* | | *2004* *Price of unfurnished product* | | | | *$ 57.50* | *$ 57.50* |

Sheet No. _26_ of _51_ continuation sheets attached to

Schedule of Creditors

**Subtotal $**     _727.50_

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ / Debtor     Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY  _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim<br><br>H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 178_<br>_Phil Keller_<br>_5374 NC Hwy 141_<br>_Marble NC 28905_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 102.25_ | _$ 102.25_ |
| Account No:<br>_Creditor # : 179_<br>_Dale Kelley_<br>_554 Winston St_<br>_Grand Prairie TX 75052_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 158.50_ | _$ 158.50_ |
| Account No:<br>_Creditor # : 180_<br>_Roger & Donna Kiracofe_<br>_122 Millers Rd_<br>_Bridgewater VA 22812_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br>_Creditor # : 181_<br>_Walter Klefeker_<br>_1524 E 700 N_<br>_Ossian IN 46777_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 104.25_ | _$ 104.25_ |
| Account No:<br>_Creditor # : 182_<br>_Don Kleinschmidt_<br>_301 W. Lincoln Ave_<br>_Mt. Vernon IN 47620_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 50.50_ | _$ 50.50_ |
| Account No:<br>_Creditor # : 183_<br>_Orrin Kline_<br>_PO Box 242_<br>_Manassas VA 20108_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 151.50_ | _$ 151.50_ |
| Account No:<br>_Creditor # : 184_<br>_Jay Klotz_<br>_HC2 Box 2512_<br>_Unionville Rd_<br>_Jim Thorpe PA 18229_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |

Sheet No. _27_ of _51_ continuation sheets attached to

Schedule of Creditors

**Subtotal $**     _582.00_

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._____/ Debtor     Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim<br><br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 185_<br>_Allan Klubertanz_<br>_W10248 Wells Rd_<br>_Lodi WI 53555_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br>_Creditor # : 186_<br>_Chuck Knill_<br>_PO Box 346_<br>_Cedar Knolls NJ 07927_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br>_Creditor # : 187_<br>_Enze Knisley_<br>_124 S Middle St_<br>_Leesburg OH 45135_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 57.50_ | _$ 57.50_ |
| Account No:<br>_Creditor # : 188_<br>_Dennis Koster_<br>_6076 147th Avenue_<br>_Holland MI 49423_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 411.50_ | _$ 411.50_ |
| Account No:<br>_Creditor # : 189_<br>_Cheryl Kuflik_<br>_7621 Little Ave- 3d floor_<br>_Charlotte NC 28226_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 103.25_ | _$ 103.25_ |
| Account No:<br>_Creditor # : 190_<br>_Robert Kunz_<br>_504 Alanbrook Ct_<br>_Hillsborough NC 27278_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 205.00_ | _$ 205.00_ |
| Account No:<br>_Creditor # : 191_<br>_Christopher Lannon_<br>_39 Dodge Hill Rd_<br>_Sutton MA 01590_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 106.25_ | _$ 106.25_ |

Sheet No. _28_ of _51_ continuation sheets attached to

Schedule of Creditors

**Subtotal $**      _1,390.00_

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._____/ Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY    _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim<br><br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 192_<br>_Mark Laplenski_<br>_481 River Road_<br>_Agawam MA 01001_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 600.50_ | _$ 600.50_ |
| Account No:<br>_Creditor # : 193_<br>_Ronala Lara_<br>_PO Box 462, 218 N Main St_<br>_Elizabeth IL 61028_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br>_Creditor # : 194_<br>_Walter Lasick_<br>_920 Maplewood Dr_<br>_Castle Shannon PA 15234_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 50.50_ | _$ 50.50_ |
| Account No:<br>_Creditor # : 195_<br>_Benjamin Lee_<br>_26 Denniston Dr._<br>_Saugerties NY 12477_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 59.46_ | _$ 59.46_ |
| Account No:<br>_Creditor # : 196_<br>_Kent Leftwich_<br>_2 Janney Cr_<br>_Canton MO 63435_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 259.50_ | _$ 259.50_ |
| Account No:<br>_Creditor # : 197_<br>_Ronald Leiphart_<br>_2271 Delta Rd_<br>_Brogue PA 17309_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br>_Creditor # : 198_<br>_Bruce Leutschwager_<br>_1624 East Main St_<br>_Griffith IN 46319_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |

Sheet No. _29_ of _51_ continuous sheets attached to

Schedule of Creditors

| | Subtotal $<br>(Total of this page) | _1,180.21_ |
|---|---|---|

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ / Debtor     Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY    _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim<br><br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 199_<br>_Ronald Lun_<br>_503 Market St_<br>_Lacrosse WI 54601_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 99.25_ | _$ 99.25_ |
| Account No:<br>_Creditor # : 200_<br>_Marion Lynch_<br>_11001 Twosome Dr_<br>_San Antonio FL 33576_ | | _2004_<br>_Price of unfurnished product_<br>_order may have been shipped_ | | | | _$ 107.25_ | _$ 107.25_ |
| Account No:<br>_Creditor # : 201_<br>_William Lyons_<br>_6102 Quail Ridge Dr_<br>_Lakeland FL 33813_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 57.50_ | _$ 57.50_ |
| Account No:<br>_Creditor # : 202_<br>_Ronald & Carol Mackes_<br>_Box 112, Kriger Rd_<br>_Gilbert PA 18331_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 50.50_ | _$ 50.50_ |
| Account No:<br>_Creditor # : 203_<br>_Kenneth Magaw_<br>_79 Arbutus Avenue_<br>_South Portland ME 04106_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 102.25_ | _$ 102.25_ |
| Account No:<br>_Creditor # : 204_<br>_P Ronald Mariani_<br>_436 Fourth Street Box 545_<br>_Smithton PA 15479_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 245.50_ | _$ 245.50_ |
| Account No:<br>_Creditor # : 205_<br>_Mike Marley_<br>_16 Hemlock St_<br>_Dallas PA 18612_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 109.25_ | _$ 109.25_ |

Sheet No. _30_ of _51_ continuation sheets attached to

Schedule of Creditors

**Subtotal $**     _628.25_

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._____/ Debtor      Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY  _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim<br><br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 206_<br>_Alden Martin_<br>_402 N. State St_<br>_Pioneer OH 43554_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 102.25_ | _$ 102.25_ |
| Account No:<br>_Creditor # : 207_<br>_Frank Martin_<br>_200 W Webster Ave_<br>_Roselle Park NJ 07204_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br>_Creditor # : 208_<br>_Carlos Martinez_<br>_Hwy 518_<br>_Sapello NM 87745_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 298.00_ | _$ 298.00_ |
| Account No:<br>_Creditor # : 209_<br>_Mike Martinez_<br>_21542 Pointed Oak Lane_<br>_Katy TX 77450_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 1,026.00_ | _$ 1,026.00_ |
| Account No:<br>_Creditor # : 210_<br>_Kenneth McKee_<br>_611 Sunset Dr_<br>_Marengo IL 60152_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 345.00_ | _$ 345.00_ |
| Account No:<br>_Creditor # : 211_<br>_Edward McKinnon_<br>_255 Citrus Ridge Dr_<br>_Davenport FL 33837_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 107.25_ | _$ 107.25_ |
| Account No:<br>_Creditor # : 212_<br>_Bert Mederna_<br>_106 S Chase Ave_<br>_Lombard IL 60148_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 100.25_ | _$ 100.25_ |

Sheet No. _31_ of _51_ continuation sheets attached to

Schedule of Creditors

**Subtotal $**      _2,096.28_

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._____ / Debtor      Case No._____

                                                                                (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:  _Creditor # : 213_ _Wilson Meier_ _143 Mckinley St_ _Massapequa Pk NY 11762_ | | _2004_ _Price of unfurnished product_ | | | | _$ 169.28_ | _$ 169.28_ |
| Account No:  _Creditor # : 214_ _Dale Melton_ _808 Harrison_ _Goodland KS 67735_ | | _2004_ _Price of unfurnished product_ | | | | _$ 50.50_ | _$ 50.50_ |
| Account No:  _Creditor # : 215_ _David Melton_ _105 Massey Dr_ _Martinsville IN 46151_ | | _2004_ _Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:  _Creditor # : 216_ _Matthew Menner_ _23 Third Avenue_ _Burlington MA 01803_ | | _2004_ _Price of unfurnished product_ | | | | _$ 162.75_ | _$ 162.75_ |
| Account No:  _Creditor # : 217_ _Walter Meredith_ _4421  Danville Pike_ _Hillsville VA 24343_ | | _2004_ _Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:  _Creditor # : 218_ _Frank & Marlene Messin_ _28968 Olinda Tr_ _Lindstrom MN 55045_ | | _2004_ _Price of unfurnished product_ | | | | _$ 790.00_ | _$ 790.00_ |
| Account No:  _Creditor # : 219_ _Ronald Miller_ _5284 Mill Rd_ _Emmaus PA 18049_ | | _2004_ _Price of unfurnished product_ | | | | _$ 151.50_ | _$ 151.50_ |

Sheet No. _32_ of _51_ continuation sheets attached to

Schedule of Creditors

**Subtotal $**            _700.53_

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._____ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 220** *Jeffrey Miller* *7738 Meadowhaven* *Dallas TX 75254* | | *2004* *Price of unfurnished product* | | | | *$ 55.50* | *$ 55.50* |
| Account No: **Creditor # : 221** *John Miller* *771 W Mudpike Rd* *Rockwood PA 15557* | | *2004* *Price of unfurnished product* | | | | *$ 55.50* | *$ 55.50* |
| Account No: **Creditor # : 222** *Joseph Miller* *963 Jefferson Blvd* *Hagerstown MD 21742* | | *2004* *Price of unfurnished product* | | | | *$ 201.00* | *$ 201.00* |
| Account No: **Creditor # : 223** *George Mitchell* *2176 I Avenue* *Minburn IA 50167* | | *2004* *Price of unfurnished product* | | | | *$ 107.25* | *$ 107.25* |
| Account No: **Creditor # : 224** *Steve Molnar* *249 Lawrence Dr* *Harrisburg PA 17112* | | *2004* *Price of unfurnished product* | | | | *$ 109.25* | *$ 109.25* |
| Account No: **Creditor # : 225** *Robert Montanero* *4789 St Hwy 30* *Amsterdam NY 12010* | | *2004* *Price of unfurnished product* *order may have been shipped* | | | | *$ 271.05* | *$ 271.05* |
| Account No: **Creditor # : 226** *Thomas Morford* *8226 Bayview Ct* *Indianapolis IN 46256* | | *2004* *Price of unfurnished product* | | | | *$ 153.50* | *$ 153.50* |

Sheet No. _33_ of _51_ continuation sheets attached to

Schedule of Creditors

**Subtotal $**    _790.25_

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._____ / Debtor     Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim<br><br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 227_<br>_Roland Morrow_<br>_311 W. Lee Etta Dr_<br>_Galltin TN 37066_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 108.25_ | _$ 108.25_ |
| Account No:<br>_Creditor # : 228_<br>_Tom & Karen Mosher_<br>_36855 Weber Dr_<br>_Sterling Hts MI 48310_ | | _2004_<br>_Price of unfurnished product_<br>_order may have been shipped_ | | | | _$ 54.50_ | _$ 54.50_ |
| Account No:<br>_Creditor # : 229_<br>_Stewart Mundy_<br>_20 Bellevue Ave_<br>_Providence RI 02914_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 56.50_ | _$ 56.50_ |
| Account No:<br>_Creditor # : 230_<br>_William Murphy_<br>_1378 Carver Road_<br>_Griffin GA 30224_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 57.50_ | _$ 57.50_ |
| Account No:<br>_Creditor # : 231_<br>_Thomas Murray_<br>_2009 Fountain Green Rd_<br>_Bel Air MD 21015_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 57.50_ | _$ 57.50_ |
| Account No:<br>_Creditor # : 232_<br>_William Neal_<br>_25839 Shore Hwy_<br>_Denton MD 21629_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 99.25_ | _$ 99.25_ |
| Account No:<br>_Creditor # : 233_<br>_Matt Nedeau_<br>_37 Thompson St._<br>_Amesbury MA 01913_ | | _2004_<br>_Price of unfurnished product_<br>_order may have been shipped_ | | | | _$ 59.50_ | _$ 59.50_ |

Sheet No. _34_ of _51_ continuation sheets attached to

Schedule of Creditors

**Subtotal $**                          _449.25_

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._____ / Debtor     Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   *Deposits by individuals*

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim<br><br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 234*<br>*Donald Nelson*<br>*6172 70th St N*<br>*Glyndon MN 56547* | | *2004*<br>*Price of unfurnished product* | | | | *$ 55.50* | *$ 55.50* |
| Account No:<br>*Creditor # : 235*<br>*Gray Neuweiler*<br>*3213 Papillon Ct*<br>*Modesto CA 95356* | | *2004*<br>*Price of unfurnished product* | | | | *$ 56.50* | *$ 56.50* |
| Account No:<br>*Creditor # : 236*<br>*Charles Nicolo*<br>*1502 Barnswallow Dr*<br>*Bensalem PA 19020* | | *2004*<br>*Price of unfurnished product* | | | | *$ 50.50* | *$ 50.50* |
| Account No:<br>*Creditor # : 237*<br>*James Nixon*<br>*1130 Coventry Cr*<br>*Lancaster OH 43130* | | *2004*<br>*Price of unfurnished product* | | | | *$ 956.50* | *$ 956.50* |
| Account No:<br>*Creditor # : 238*<br>*William Ocker*<br>*88 Logan St*<br>*Lewiston PA 17044* | | *2004*<br>*Price of unfurnished product* | | | | *$ 50.50* | *$ 50.50* |
| Account No:<br>*Creditor # : 239*<br>*Reld O'Connell*<br>*146 Pinecrest Drive*<br>*Rochester NY 14617* | | *2004*<br>*Price of unfurnished product* | | | | *$ 106.09* | *$ 106.09* |
| Account No:<br>*Creditor # : 240*<br>*Sheri Orrick*<br>*469 NW Hampshire Ct*<br>*Blue Springs MO 64014* | | *2004*<br>*Price of unfurnished product* | | | | *$ 57.50* | *$ 57.50* |

Sheet No. _35_ of _51_ continuation sheets attached to

Schedule of Creditors

**Subtotal $**     *1,282.50*

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._____ / Debtor     Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim   H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 241_<br>_Christopher Osvalds_<br>_3238 Thomas Hickey_<br>_Joliet IL 60431_ | | _2004_<br>_Price of unfurnished product_<br>_order may have been shipped_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br>_Creditor # : 242_<br>_Eldon Parrish_<br>_2109 NE 13th St_<br>_Moore OK 73160_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 50.50_ | _$ 50.50_ |
| Account No:<br>_Creditor # : 243_<br>_Dennis Pennington_<br>_258 E Ben Franklin Hwy_<br>_Birdsboro PA 19508_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 150.50_ | _$ 150.50_ |
| Account No:<br>_Creditor # : 244_<br>_Carol Pennington_<br>_4640 Wood Bridge Dr_<br>_Kernersville NC 27284_ | | _2004_<br>_Price of unfurnished product_<br>_order may have been shipped_ | | | | _$ 57.50_ | _$ 57.50_ |
| Account No:<br>_Creditor # : 245_<br>_Ronald & Kim Peters_<br>_910 S Humer St_<br>_Enola PA 17025_ | | _2004_<br>_Price of unfurnished product_<br>_order may have been shipped_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br>_Creditor # : 246_<br>_Robert Petty_<br>_115 Dill Dr_<br>_Piedmont SC 29673_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br>_Creditor # : 247_<br>_Richard Phillips_<br>_10 Timberidge Ct_<br>_Lake Wylie SC 29710_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 254.50_ | _$ 254.50_ |

Sheet No. _36_ of _51_ continuation sheets attached to

Schedule of Creditors

**Subtotal $**     _815.00_

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ / Debtor     Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY  _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:  _Creditor # : 248_ _Juan Portales_ _1424 W Price Road_ _Brownsville TX 78522_ | | _2004_ _Price of unfurnished product_ | | | | _$ 191.00_ | _$ 191.00_ |
| Account No:  _Creditor # : 249_ _James Portsmouth_ _273 Rachel Rd_ _Kennewick WA 99338_ | | _2004_ _Price of unfurnished product_ | | | | _$ 57.50_ | _$ 57.50_ |
| Account No:  _Creditor # : 250_ _John Posen_ _957 Wentz Rd_ _Blue Bell PA 19422_ | | _2004_ _Price of unfurnished product_ | | | | _$ 54.50_ | _$ 54.50_ |
| Account No:  _Creditor # : 251_ _Angela P'pool_ _2474 Tennessee Dr_ _Xenia OH 45385_ | | _2004_ _Price of unfurnished product_ _order may have been shipped_ | | | | _$ 144.00_ | _$ 144.00_ |
| Account No:  _Creditor # : 252_ _Donald Prager_ _11412 Barley Field Way_ _Marriottsville MD 21104_ | | _2004_ _Price of unfurnished product_ _order may have been shipped_ | | | | _$ 57.50_ | _$ 57.50_ |
| Account No:  _Creditor # : 253_ _Kevin Pritts_ _240 E Loyalhanna St_ _Ligioner PA 15658_ | | _2004_ _Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:  _Creditor # : 254_ _Herman Pruitt_ _4481 Joseph Dr_ _Snellville GA 30039_ | | _2004_ _Price of unfurnished product_ | | | | _$ 57.50_ | _$ 57.50_ |

Sheet No. _37_ of _51_ continuation sheets attached to

Schedule of Creditors

**Subtotal $**     _617.50_

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules.)

FORM B6E (12/03) West Group, Rochester, NY

In re _P&D Manufacturing, Inc._ _____ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim<br><br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>_Creditor # : 255_<br>_Ralph Quesada_<br>_20844 Parish Pl_<br>_Riverside CA 92508_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br><br>_Creditor # : 256_<br>_William Quinn_<br>_821 Christianson Ave_<br>_Madison WI 53714_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 105.25_ | _$ 105.25_ |
| Account No:<br><br>_Creditor # : 257_<br>_Joseph Rala_<br>_102 Marcy Pl_<br>_Brick NJ 08724_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 95.25_ | _$ 95.25_ |
| Account No:<br><br>_Creditor # : 258_<br>_Randy Rawlings_<br>_2110 W Hovey St_<br>_Normal IL 61761_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br><br>_Creditor # : 259_<br>_Robert Reagan_<br>_RR 1, Box 1559_<br>_Beach Lake PA 18405_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 50.50_ | _$ 50.50_ |
| Account No:<br><br>_Creditor # : 260_<br>_David Resch_<br>_2569 Spencerport Rd_<br>_Spencerport NY 14559_ | | _2004_<br>_Price of unfurnished product_<br>_order may have been shipped_ | | | | _$ 101.26_ | _$ 101.26_ |
| Account No:<br><br>_Creditor # : 261_<br>_Richard Rinschler_<br>_555D NE 2nd Lane_<br>_Ocala FL 34470_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 105.25_ | _$ 105.25_ |

Sheet No. _38_ of _51_ continuation sheets attached to

Schedule of Creditors

**Subtotal $**                          _517.75_
(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ _____/ Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 262** **Michael Ripp** **77 Mill St** **Bloomfield NJ 07003** | | **2004** **Price of unfurnished product** | | | | **$ 50.50** | **$ 50.50** |
| Account No: **Creditor # : 263** **James Roberson** **825 Coolidge St #510** **Honolulu HI 96826** | | **2004** **Price of unfurnished product** **order may have been shipped** | | | | **$ 158.50** | **$ 158.50** |
| Account No: **Creditor # : 264** **Elwood Roberson** **3521 McCuiston Rd Lot 1** **Greensboro NC 27407** | | **2004** **Price of unfurnished product** | | | | **$ 57.50** | **$ 57.50** |
| Account No: **Creditor # : 265** **Jacqueline Roberts** **544 Valleyview St** **Kent OH 44240** | | **2004** **Price of unfurnished product** | | | | **$ 57.50** | **$ 57.50** |
| Account No: **Creditor # : 266** **George Ross** **4678 Jefferson Township Lane** **Marietta GA 30065** | | **2004** **Price of unfurnished product** | | | | **$ 55.50** | **$ 55.50** |
| Account No: **Creditor # : 267** **Ricky Rowe** **14528 National Pike** **Clear Spring MD 21722** | | **2004** **Price of unfurnished product** | | | | **$ 55.50** | **$ 55.50** |
| Account No: **Creditor # : 268** **James Rushing** **810 SW 26th St** **El Reno OK 73036** | | **2004** **Price of unfurnished product** | | | | **$ 201.00** | **$ 201.00** |

Sheet No. _39_ of _51_ continuous sheets attached to

Schedule of Creditors

Subtotal $   733.00

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._____ / Debtor        Case No._____

                                                                           (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY  *Deposits by individuals*

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 269 James Russell 3197 N. Sherlock Pt Hernando FL 34442 | | 2004 Price of unfurnished product | | | | $ 152.50 | $ 152.50 |
| Account No: Creditor # : 270 Emory Russell PO Box 447- Hwy 64 Cimarron NM 87714 | | 2004 Price of unfurnished product | | | | $ 248.50 | $ 248.50 |
| Account No: Creditor # : 271 Richard Sabourin 3559 S Lenox St Milwaukee WI 53207 | | 2004 Price of unfurnished product | | | | $ 100.25 | $ 100.25 |
| Account No: Creditor # : 272 Daniel Schaefer 13549 Woodworth Rd New Springfield OH 44443 | | 2004 Price of unfurnished product | | | | $ 206.00 | $ 206.00 |
| Account No: Creditor # : 273 Dennis Schubert 90100 Shady Oak Lane Kerrick MN 55756 | | 2004 Price of unfurnished product | | | | $ 199.00 | $ 199.00 |
| Account No: Creditor # : 274 Eric Scheueneman 1330 Henry Brennan Drive El Paso TX 79936 | | 2004 Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No: Creditor # : 275 Ron Schuller RD 1 Box 174B Tioga PA 16946 | | 2004 Price of unfurnished product | | | | $ 55.50 | $ 55.50 |

Sheet No. _40_ of _51_ continuation sheets attached to

Schedule of Creditors

**Subtotal $**      1,113.25

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ / Debtor     Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY     _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 276 Jack Schunk PO Box 636 Perrysburg OH 43552 | | 2004 Price of unfurnished product | | | | $ 151.50 | $ 151.50 |
| Account No: Creditor # : 277 Charles Schwandt N5530 State Rd 76 Shlocton WI 54170 | | 2004 Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No: Creditor # : 278 Charles Schwartz RR6- Box 6548 Moscow PA 18444 | | 2004 Price of unfurnished product | | | | $ 109.25 | $ 109.25 |
| Account No: Creditor # : 279 Jay Seidenstricker 2941 Sunset Dr Dallastown PA 17313 | | 2004 Price of unfurnished product | | | | $ 105.25 | $ 105.25 |
| Account No: Creditor # : 280 Wes Senft 917 Dallas Dr York PA  17406 | | 2004 Price of unfurnished product | | | | $ 50.50 | $ 50.50 |
| Account No: Creditor # : 281 Mohamad Sesay 5235 Sage St MountainHome AFB ID 83648 | | 2004 Price of unfurnished product | | | | $ 180.50 | $ 180.50 |
| Account No: Creditor # : 282 Eugene Shanholtz PO Box 840 Fort Ashby WV 26719 | | 2004 Price of unfurnished product | | | | $ 55.50 | $ 55.50 |

Sheet No. _41_ of _51_ continuation sheets attached to

Schedule of Creditors

**Subtotal $**     _583.00_

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

FORM B6E (12/03) West Group, Rochester, NY

In re _P&D Manufacturing, Inc._____/ Debtor    Case No._____

                                                                                    (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY  _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:  Creditor # : 283  James Sharpe  363 Lynn Drive  Nashville TN 37211 | | 2004  Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No:  Creditor # : 284  Dwight Shearer  RR2- Box 926  New Bloomfield PA 17068 | | 2004  Price of unfurnished product | | | | $ 105.25 | $ 105.25 |
| Account No:  Creditor # : 285  Al Shumskis  149 Mills Rd  Walden CA 93612 | | 2004  Price of unfurnished product | | | | $ 57.50 | $ 57.50 |
| Account No:  Creditor # : 286  Jeff Simmons  1140 Maple St  Honey Brook PA 19344 | | 2004  Price of unfurnished product | | | | $ 156.00 | $ 156.00 |
| Account No:  Creditor # : 287  Fred Simontz  2412 Fosterdale Lane  Winston Salem NC 27107 | | 2004  Price of unfurnished product | | | | $ 57.50 | $ 57.50 |
| Account No:  Creditor # : 288  James H Smith   7958 Grant Avenue Rd  Auburn NY 13021 | | 2004  Price of unfurnished product | | | | $ 63.42 | $ 63.42 |
| Account No:  Creditor # : 289  Calvin Smith  131 Picket Avenue  Frankfort KY 40601 | | 2004  Price of unfurnished product | | | | $ 55.50 | $ 55.50 |

Sheet No. _42_ of _51_ continuation sheets attached to

Schedule of Creditors

**Subtotal $**    599.46

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re **P&D Manufacturing, Inc.** _____ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY    *Deposits by individuals*

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:  *Creditor # : 290 Carl Smith 5880 Hamilton Rd Jordan NY 13080* | | *2004 Price of unfurnished product* | | | | *$ 112.21* | *$ 112.21* |
| Account No:  *Creditor # : 291 George Smith 52 Valentine Rd Northborough MA 01532* | | *2004 Price of unfurnished product* | | | | *$ 198.00* | *$ 198.00* |
| Account No:  *Creditor # : 292 John R Smith 4 Dewalt Drive Mechanicsburg PA 17050* | | *2004 Price of unfurnished product* | | | | *$ 206.00* | *$ 206.00* |
| Account No:  *Creditor # : 293 Leslie Smith 2906 N. Harrison St Wilmington DE 19802* | | *2004 Price of unfurnished product* | | | | *$ 54.50* | *$ 54.50* |
| Account No:  *Creditor # : 294 Marvin Smith 394 Lyman Circle Brunswick OH 44212* | | *2004 Price of unfurnished product* | | | | *$ 100.25* | *$ 100.25* |
| Account No:  *Creditor # : 295 Russell Springer 5 Libby Street Lisbon Falls ME 04252* | | *2004 Price of unfurnished product* | | | | *$ 67.50* | *$ 67.50* |
| Account No:  *Creditor # : 296 Dave Stallard 3975 Deep Woods Bayou Door MI 49323* | | *2004 Price of unfurnished product order may have been shipped* | | | | *$ 296.00* | *$ 296.00* |

Sheet No. *43* of *51* continuation sheets attached to

Schedule of Creditors

Subtotal $ (Total of this page)    *1,076.21*

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._____ / Debtor     Case No._____

                                                                                    (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 297_<br>_Donald Stamets_<br>_244 Bushkill St_<br>_Easton PA 18042_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 109.25_ | _$ 109.25_ |
| Account No:<br>_Creditor # : 298_<br>_Ellis & D Brown Stauffer_<br>_16 Colt Dr_<br>_Mertztown PA 19539_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br>_Creditor # : 299_<br>_Paul Stauffer_<br>_652 St. Rte 897 E_<br>_Newmanstown PA 17073_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 50.50_ | _$ 50.50_ |
| Account No:<br>_Creditor # : 300_<br>_John Stephany_<br>_32905 395th Ave_<br>_Bellevue IA 52031_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br>_Creditor # : 301_<br>_Dale Stermer_<br>_RR1, Box 42B_<br>_Millerton PA 16936_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br>_Creditor # : 302_<br>_Richard Strause_<br>_190 N. Faust Road_<br>_Bethel PA 19507_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br>_Creditor # : 303_<br>_Robert Strickler_<br>_17 Village Dr_<br>_Newmanstown PA 17073_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 50.50_ | _$ 50.50_ |

Sheet No. _44_ of _51_ continuous sheets attached to

Schedule of Creditors

**Subtotal $**     _432.25_
(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

FORM B6E (12/03) West Group, Rochester, NY

In re _P&D Manufacturing, Inc._____/ Debtor          Case No._____

                                                                    (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim<br><br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 304_<br>_Dawn Struckle_<br>_1812 Cardinal Dr_<br>_Cresco PA 18326_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br>_Creditor # : 305_<br>_Gary Stuffo_<br>_730 Cox Road_<br>_Moorestown NJ 08057_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br>_Creditor # : 306_<br>_Mike Sydenstricker_<br>_811 Talbot St_<br>_Belpre OH 45714_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br>_Creditor # : 307_<br>_Phillip Teach_<br>_14241M Fallingwaters Rd_<br>_Williamsport MD 21795_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br>_Creditor # : 308_<br>_Robert Thomas_<br>_RD#3- Box 158_<br>_Susquehanna PA 18847_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 57.50_ | _$ 57.50_ |
| Account No:<br>_Creditor # : 309_<br>_Steven Thomas_<br>_12121 S Land Ave_<br>_Oklahoma City OK 73170_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br>_Creditor # : 310_<br>_Renae Thomas_<br>_7469 Holly Ct_<br>_Riverdale GA 30274_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |

Sheet No. _45_ of _51_ continuous sheets attached to

Schedule of Creditors

**Subtotal $**            _442.25_

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ _____/ Debtor     Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY  _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:  *Creditor # : 311*  *Thomas Titus*  *5700 Bear Creek Rd*  *Fairview PA 16415* | | *2004*  *Price of unfurnished product* | | | | *$ 107.25* | *$ 107.25* |
| Account No:  *Creditor # : 312*  *Dale Toms*  *5670 SW State Route T*  *Polo MO 64671* | | *2004*  *Price of unfurnished product* | | | | *$ 154.50* | *$ 154.50* |
| Account No:  *Creditor # : 313*  *Craig Tucker*  *1145 Highbrook Avenue*  *Suite 409*  *Akron OH 44301* | | *2004*  *Price of unfurnished product* | | | | *$ 260.50* | *$ 260.50* |
| Account No:  *Creditor # : 314*  *Ron Turnbaugh*  *24 Blade Dr*  *Dover DE 19901* | | *2004*  *Price of unfurnished product* | | | | *$ 105.25* | *$ 105.25* |
| Account No:  *Creditor # : 315*  *Edna Turner*  *9421 Brooks Gap Rd*  *Fulks Run VA 22830* | | *2004*  *Price of unfurnished product* | | | | *$ 266.50* | *$ 266.50* |
| Account No:  *Creditor # : 316*  *Chris Unger*  *1802 Rt 31 N Suite 2*  *Clinton NJ 08809* | | *2004*  *Price of unfurnished product* | | | | *$ 94.24* | *$ 94.24* |
| Account No:  *Creditor # : 317*  *Winifred Vajdic*  *204 Reading St*  *Steelton PA 17113* | | *2004*  *Price of unfurnished product* | | | | *$ 55.50* | *$ 55.50* |

Sheet No. _46_ of _51_ continuation sheets attached to

Schedule of Creditors

**Subtotal $** | *1,007.00*

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ / Debtor     Case No._____

                                                                             (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY    _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim<br><br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 318<br>David Valenti<br>9050 Iron Horse Lane #320<br>Pikesville MD 21208 | | 2004<br>Price of unfurnished product<br>order may have been shipped | | | | $ 57.50 | $ 57.50 |
| Account No:<br>Creditor # : 319<br>Thomas Vancoppenolle<br>312 Seneca Dr<br>Montpelier OH 43453 | | 2004<br>Price of unfurnished product | | | | $ 107.25 | $ 107.25 |
| Account No:<br>Creditor # : 320<br>Vernon Vanover<br>913 Crescent<br>Sikeston MO 63801 | | 2004<br>Price of unfurnished product | | | | $ 194.00 | $ 194.00 |
| Account No:<br>Creditor # : 321<br>Kevin Very<br>9082 Very Rd<br>Machias NY  14101 | | 2004<br>Price of unfurnished product | | | | $ 58.99 | $ 58.99 |
| Account No:<br>Creditor # : 322<br>Dean Vough<br>1291 Louisiana Ave<br>Akron OH 44314 | | 2004<br>Price of unfurnished product | | | | $ 105.25 | $ 105.25 |
| Account No:<br>Creditor # : 323<br>George Walburn<br>570 S. River Rd<br>Halifax PA 17032 | | 2004<br>Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No:<br>Creditor # : 324<br>Lewis Wall<br>PO Box 879<br>Chatham VA 24531 | | 2004<br>Price of unfurnished product<br>order may have been shipped | | | | $ 54.50 | $ 54.50 |

Sheet No. _47_ of _51_ continuation sheets attached to

Schedule of Creditors

                                                     **Subtotal $**     627.99

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ _____/ Debtor       Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY  _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 325_<br>_Marshall Waters_<br>_284 Randall Ave_<br>_Warwick RI 02889_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 50.50_ | _$ 50.50_ |
| Account No:<br>_Creditor # : 326_<br>_Richard Way_<br>_260 W Orange St_<br>_Lake Alfred FL 33850_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 102.25_ | _$ 102.25_ |
| Account No:<br>_Creditor # : 327_<br>_Charles Webster_<br>_747 Russell Strausse_<br>_Cookeville TN 38501_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 280.00_ | _$ 280.00_ |
| Account No:<br>_Creditor # : 328_<br>_Rhoda Welch_<br>_213 Sycamore Rd_<br>_Elkton MD 21921_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 50.50_ | _$ 50.50_ |
| Account No:<br>_Creditor # : 329_<br>_Gary Wendt_<br>_104 E Comstock Ave_<br>_Addison IL 60101_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 104.25_ | _$ 104.25_ |
| Account No:<br>_Creditor # : 330_<br>_Rick Werner_<br>_2600 Fairview Ave E # 14_<br>_Seattle WA 98102_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |
| Account No:<br>_Creditor # : 331_<br>_Chris Westhall_<br>_114 Tolland Ave_<br>_Stafford Springs CT 06076_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 55.50_ | _$ 55.50_ |

Sheet No. _48_ of _51_ continuation sheets attached to
Schedule of Creditors

**Subtotal $** | _693.50_
(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._____/ Debtor     Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY  _Deposits by individuals_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 332 Lester Weyand 1218 N Eaton Indianapolis IN 46219 | | 2004 Price of unfurnished product | | | | $ 50.50 | $ 50.50 |
| Account No: Creditor # : 333 Gordon Wheeler 7 Glenn Street Cortland NY 13045 | | 2004 Price of unfurnished product | | | | $ 47.00 | $ 47.00 |
| Account No: Creditor # : 334 Marvin Wheeler 1902 Stonewall Dr Union City TN 38261 | | 2004 Price of unfurnished product | | | | $ 151.50 | $ 151.50 |
| Account No: Creditor # : 335 John White 219 Wellburg High Point Rd Winston Salem NC 27107 | | 2004 Price of unfurnished product | | | | $ 57.50 | $ 57.50 |
| Account No: Creditor # : 336 Stewart Williams 11 Orchard St Rensselaer NY 12144 | | 2004 Price of unfurnished product | | | | $ 226.34 | $ 226.34 |
| Account No: Creditor # : 337 Gen Wilson 70 S. Wilson St Muskegon MI 49442 | | 2004 Price of unfurnished product | | | | $ 55.50 | $ 55.50 |
| Account No: Creditor # : 338 Dewayne Winthrow 16759 County Rd 24 Mt Blanchard OH 45867 | | 2004 Price of unfurnished product | | | | $ 155.50 | $ 155.50 |

Sheet No. _49_ of _51_ continuation sheets attached to

Schedule of Creditors

**Subtotal $**     831.34

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re **P&D Manufacturing, Inc.** _____ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY **Deposits by individuals**

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim<br><br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 339*<br>*Bill Woland*<br>*19 W 3rd Street*<br>*Watsontown PA 17777* | | *2004*<br>*Price of unfurnished product* | | | | *$ 143.00* | *$ 143.00* |
| Account No:<br>*Creditor # : 340*<br>*Frank Yaklin*<br>*4333 25th Avenue #5*<br>*Fort Gratiot MI 48059* | | *2004*<br>*Price of unfurnished product*<br>*order may have been shipped* | | | | *$ 244.00* | *$ 244.00* |
| Account No:<br>*Creditor # : 341*<br>*Carl Yowell*<br>*5731 Old Ct. Rd.*<br>*Baltimore MD 21244* | | *2004*<br>*Price of unfurnished product* | | | | *$ 55.50* | *$ 55.50* |
| Account No:<br>*Creditor # : 342*<br>*Mark & Lora Zeiger*<br>*1151 Lasalle Ave*<br>*Grand Island NY 14072* | | *2004*<br>*Price of unfurnished product* | | | | *$ 61.63* | *$ 61.63* |
| Account No:<br>*Creditor # : 343*<br>*Wendell Zentz*<br>*158 N Carroll St*<br>*Thurmont MD 21788* | | *2004*<br>*Price of unfurnished product* | | | | *$ 294.00* | *$ 294.00* |
| Account No:<br>*Creditor # : 344*<br>*Art Zink*<br>*610 Ranger Rd*<br>*Falbrook CA 92028* | | *2004*<br>*Price of unfurnished product* | | | | *$ 149.50* | *$ 149.50* |
| Account No: | | | | | | | |

Sheet No. **50** of **51** continuation sheets attached to

Schedule of Creditors

**Subtotal $**   *798.13*

(Total of this page)

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ _____ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No: _4081_  _Creditor # : 345_ _IRS Special Procedures_ _POB 266, Niag. Sq. Sta._ _Buffalo NY 14201_ | | _2001-02_ _Withholding taxes_ | | | | _$ 66,054.41_ | _$ 66,054.41_ |
| Account No:  _Creditor # : 346_ _NYS Depatment of Labor_ _Insolvency Unit_ _Bldg 12 Room 256_ _Albany NY 12240_ | | _Unemployment taxes_ | | | | _Unknown_ | _$ 0.00_ |
| Account No:  _Creditor # : 347_ _NYS Dept. of Tax & Finance_ _Bankruptcy Unit_ _PO Box 5300_ _Albany NY 12205-0300_ | | | | | | _$ 5,858.37_ | _$ 5,858.37_ |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _51_ of _51_ continuation sheets attached to
Schedule of Creditors

Subtotal $    _71,912.78_
(Total of this page)

Total $
(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 1 ABF Rick Nolte PO Box 10048 Fort Smith AR 72917** | | | **2004 Price of unfurnished product** | | | | **$ 6,048.00** |
| Account No: **Creditor # : 2 Adair Kaul Law Firm 300 Linden Oaks Rochester NY 14625** | X | | | | | | **Unknown** |
| Account No: **Creditor # : 3 Advanced Business Machines 1505 Cleveland Drive Buffalo NY 14225** | | | **Equipment rental** | | | | **$ 50,000.00** |
| Account No: **Creditor # : 4 Advantage Systems Professional 500 Linden Oaks Rochester NY 14625** | | | **Services** | | | | **$ 1,497.39** |

_17_ continuation sheets attached

| | |
|---|---|
| **Subtotal $** (Total of this page) | **57,545.39** |
| **Total $** (Report total also on Summary of Schedules) | |

In re *P&D Manufacturing, Inc.* _____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 5*<br>*Advantage Tool & Mold*<br>*Steven Pullen*<br>*999 Ridgeway Avenue*<br>*Rochester NY 14625* | | *Goods and/or services* | | | | *$ 3,160.00* |
| Account No:<br>*Representing:*<br>*Advantage Tool & Mold* | | *Monroe County Sheriff*<br>*65 West Broad Street*<br>*Rochester NY 14614* | | | | |
| Account No:<br>*Representing:*<br>*Advantage Tool & Mold* | | *Harris Beach LLP*<br>*99 Garnsey Road*<br>*Pittsford NY 14534* | | | | |
| Account No:<br>*Creditor # : 6*<br>*Aim Corrugated Container*<br>*PO Box 7575*<br>*Lancaster NY14086* | | *Goods and/or services* | | | | *$ 4,556.15* |
| Account No:<br>*Creditor # : 7*<br>*Airborne Express*<br>*c/o NCO Financial Services*<br>*1804 Washington Blvd*<br>*Baltimore MD 21230* | | *Services* | | | | *$ 1,292.60* |
| Account No:  *02-6*<br>*Creditor # : 8*<br>*American Express Processing*<br>*PO Box 53582*<br>*Phoenix AZ 85072* | | *Charge card processing* | | | | *Unknown* |

Sheet No. _*1*_ of _*17*_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** *9,008.75*
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re **P&D Manufacturing, Inc.** _____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> *Creditor # : 9* <br> *Phyllis Austin* <br> *14 Carob Court* <br> *Penfield NY 14526* | X | *Purchase of business* | | | | *$ 121,746.00* |
| Account No: <br> *Representing:* <br> *Phyllis Austin* | | *Harris Beach LLP* <br> *99 Garnsey Road* <br> *Pittsford NY 14534* | | | | |
| Account No: <br> *Creditor # : 10* <br> *B2B Gloves.com, Inc.* <br> *PO Box 92351* <br> *Rochester NY 14692* | | *Goods and/or services* | | | | *$ 40.82* |
| Account No: <br> *Creditor # : 11* <br> *Bailey & Co.* <br> *Jane Hoffinger, Esq.* <br> *2565 Brighton Henrietta TL Rd* <br> *Rochester NY 14623* | | *2002* <br> *Rent in Arrears* | X | X | X | *$ 10,000.00* |
| Account No: <br> *Creditor # : 12* <br> *Sean Bogle* <br> *PO 151358* <br> *Altamonte Sprs FL 32701-1358* | | *Goods and/or services* | | | | *$ 4,920.06* |
| Account No: <br> *Creditor # : 13* <br> *Tom Britt* <br> *11711 College Avenue #100* <br> *Carmel IN 46032* | | *Royalties* | | X | | *Unknown* |

Sheet No. __2__ of __17__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** *136,706.88*
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ / Debtor          Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 14<br>Brothers 2 LP<br>545 Basket Road<br>Webster NY 14580 | X | | Rent, deposit, power,improvements associated with claims by Boulter Corp & Jenn-Jeff Construction-<br><br>*Subject to Setoff | X | X | X | $ 250,000.00 |
| Account No:    3079<br>Creditor # : 15<br>Capital One<br>PO Box 85015<br>Richmond VA 23285 | X | | Credit Card Purchases | | | | $ 2,000.00 |
| Account No:<br>Creditor # : 16<br>Carney Plastics<br>1010 W. Rayen Avenue<br>Youngstown OH 44502 | | | Goods and/or services | | | | $ 1,709.26 |
| Account No:<br>Creditor # : 17<br>Chaspak<br>230 Commerce Drive<br>Avon NY  14414 | | | Goods and/or services | | | | $ 3,649.37 |
| Account No:<br>Creditor # : 18<br>Christi Plastics, Inc.<br>215 Tremont Street<br>Rochester NY 14608 | | | Goods and/or services | | | | $ 530.70 |
| Account No:<br>Creditor # : 19<br>Citicorp Leasing/Citicapital<br>PO Box 7247-7878<br>Philadelphia PA 19170-7878 | | | Equipment rental | | | | $ 10,000.00 |

Sheet No. _3_ of _17_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**
(Total of this page)          267,889.33

**Total $**
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _P&D Manufacturing, Inc._ _____ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 20 Clariant, Masterbatch Division 3631 Collection Center Drive Chicago IL 60693 | | Goods and/or services | | | | $ 78.50 |
| Account No: Creditor # : 21 Crowley Foods Robert Henuset 10975 Dutton Rd Philadelphia PA 19154 | | 2004 Price of unfurnished product | | | | $ 15,000.00 |
| Account No: Creditor # : 22 Crown Electric Supply Co., Inc PO Box 86, Route 104 Union Hill NY 14563 | | Goods and/or services | | | | $ 1,266.74 |
| Account No: Creditor # : 23 Crystal Clean PO Box 68123 Indianapolis IN 46268 | | Services | | | | $ 1,776.62 |
| Account No: Creditor # : 24 Curbell, Inc. PO Box 1850 Buffalo NY 14240 | | | | | | $ 660.00 |
| Account No: Creditor # : 25 Davis International/Handone Studios, Inc. 1225 Clifford Avenue Rochester NY 14621 | | Services | | | | $ 726.38 |

Sheet No. **4** of **17** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** | *19,508.24*
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _P&D Manufacturing, Inc._ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 26_<br>_Deco Tools_<br>_1541 Coining Drive_<br>_Toledo OH 43612_ | | | _Goods and/or services_ | | | | _$ 150.00_ |
| Account No:<br>_Creditor # : 27_<br>_DG Productions, Inc./_<br>_UtilityToy_<br>_PO Box 522288_<br>_Longwood FL 32752_ | | | | | | | _$ 1,860.00_ |
| Account No:<br>_Creditor # : 28_<br>_Discover Financial Services, Inc._<br>_POB 3016_<br>_New Albany OH 43054_ | | | _Charge card processing_ | | | | _Unknown_ |
| Account No:<br>_Creditor # : 29_<br>_D-M-E of Canada_<br>_PO Box 64155_<br>_Detroit MI 48264_ | | | _Goods and/or services_ | | | | _$ 344.43_ |
| Account No:<br>_Creditor # : 30_<br>_DuPont_<br>_21322 Network Place_<br>_525 West Monroe Street_<br>_Chicago IL 60661_ | | | _Goods and/or services_ | | | | _$ 50,000.00_ |
| Account No:<br>_Creditor # : 31_<br>_Exacto_<br>_1201 Hickory Street_<br>_PO Box 24_<br>_Grafton WI 53024_ | | | _Goods and/or services_ | | | | _$ 1,372.25_ |

Sheet No. _5_ of _17_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** | _53,726.68_
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

In re *P&D Manufacturing, Inc.* _____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *1190*<br>*Creditor # : 32*<br>*Express Personnel Service*<br>*P.O. Box 268951*<br>*Oklahoma City OK 73126* | | | *Services* | | | | *$ 2,000.00* |
| Account No:<br>*Creditor # : 33*<br>*Fairway Spring Company*<br>*PO Box 69*<br>*Horseheads NY 14845* | | | *Goods and/or services* | | | | *$ 3,500.00* |
| Account No:<br>*Creditor # : 34*<br>*Frontier Telephone*<br>*ATTN: J. Coyne/A. Lemberis*<br>*180 S. Clinton Avenue*<br>*Rochester NY 14646-0300* | | | *Services* | | | | *$ 544.06* |
| Account No:<br>*Creditor # : 35*<br>*G3 Transport*<br>*Dan Shields*<br>*9135 Boul. Henri-Buourassa Est*<br>*Montreal Quebec CANADA H1E 1P4* | | | *2004*<br>*Price of unfurnished product* | | | | *$ 1,637.50* |
| Account No:<br>*Creditor # : 36*<br>*Golden Box, The*<br>*7 Leonard Drive*<br>*East Rockaway NY 11518* | | | *Goods and/or services* | | | | *$ 3,934.18* |
| Account No:<br>*Creditor # : 37*<br>*Greenwald Industrial Products*<br>*2507 51st Avenue*<br>*Hyattsville MD 20781* | | | *Goods and/or services* | | | | *$ 1,943.61* |

Sheet No. *6* of *17* continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** | *13,559.35*
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _P&D Manufacturing, Inc._ / Debtor    Case No.

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 38_<br>_Harvey-Daco/Central Freight_<br>_Mark Tynes_<br>_PO Box 7155_<br>_Waco TX 76714_ | | | _2004_<br>_Price of unfurnished product_ | | | | _$ 5,247.00_ |
| Account No:<br>_Creditor # : 39_<br>_Home Depot_<br>_PO Box 105991, Dept 24_<br>_Atlanta GA 30348_ | | | _Goods and/or services_ | | | | _$ 1,194.54_ |
| Account No:<br>_Creditor # : 40_<br>_Hudson Valley Paper Co._<br>_PO Box 1988_<br>_Albany NY 12201_ | | | _Goods and/or services_ | | | | _$ 265.10_ |
| Account No:<br>_Creditor # : 41_<br>_Ineos Acrylics_ | | | _Goods and/or services_ | | | | _$ 630.51_ |
| Account No:<br>_Creditor # : 42_<br>_Isaac Heating_<br>_180 Charlotte Street_<br>_Rochester NY 14607_ | | | _Services_ | | | | _$ 5,023.93_ |
| Account No:<br>_Representing:_<br>_Isaac Heating_ | | | _John D'Arpino_<br>_252 S. Plymouth Avenue_<br>_Rochester NY 14608_ | | | | |

Sheet No. _7_ of _17_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**    _12,361.08_
(Total of this page)

**Total $**
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _P&D Manufacturing, Inc._ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 43<br>J&H Screw Products Corp.<br>1745 Lakeville-E. Avon Road<br>Avon NY 14414 | | Goods and/or services | | | | $ 3,085.50 |
| Account No:<br>Creditor # : 44<br>J&J Machining<br>PO Box 5127<br>Greene RI 02827 | | Goods and/or services | | | | $ 1,872.04 |
| Account No:<br>Creditor # : 45<br>Kenna Communications<br>554 Jefferson Avenue<br>Fairport NY 14450 | | Services | | | | $ 644.09 |
| Account No:<br>Creditor # : 46<br>Land Line Magazine<br>c/o NCO Financial<br>PO Box 41593<br>Philadelphia PA 19101 | | Advertising | | | | $ 6,200.00 |
| Account No:<br>Creditor # : 47<br>LCI<br>A-1 Country Club Road<br>E. Rochester NY 14445 | | Goods and/or services | | | | $ 89.00 |
| Account No:<br>Creditor # : 48<br>Lucite International<br>7275 Goddlett Farms Pkwy<br>Cordova TN 38016 | | Goods and/or services | | | | $ 630.51 |

Sheet No. _8_ of _17_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     _12,521.14_
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re **P&D Manufacturing, Inc.** / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **7544** <br> **Creditor # : 49** <br> **Manufacturing Self-Insurance Trust** <br> **PO Box 3580** <br> **Syracuse NY 13220** | | **Workers compensation** | | | | **$ 1,078.36** |
| Account No: <br> **Creditor # : 50** <br> **Marks Service Unlimited** <br> **488 US Route42** <br> **Ashland OH 44805** | | **Services** | | | | **$ 2,946.84** |
| Account No: <br> **Creditor # : 51** <br> **Monroe Litho** <br> **39 Delevan Street** <br> **Rochester NY 14605** | | **Goods and/or services** | | | | **$ 4,235.83** |
| Account No: <br> **Creditor # : 52** <br> **Mountain Star** <br> **Steve Demascio/A. Pinninger** <br> **6061 Telegraph Rd** <br> **Toledo OH 43612** | | **2004** <br> **Price of unfurnished product** | | | | **$ 1,686.20** |
| Account No: **0212** <br> **Creditor # : 53** <br> **National Benefit Life Ins.** <br> **333 West 34th Street** <br> **New York NY 10001** | | **Insurance** | | | | **Unknown** |
| Account No: <br> **Creditor # : 54** <br> **National Die Casting Machinery** <br> **33 Plan Way** <br> **Warwick RI 02886** | | **Supplies** | | | | **$ 812.82** |

Sheet No. **9** of **17** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** (Total of this page)  **10,760.05**

**Total $** (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _P&D Manufacturing, Inc._____ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 55*<br>*National Kard I-95 Corp.*<br>*33 Plan Way*<br>*Warwick RI 02886* | | | *Goods and/or services* | | | | *$ 2,199.18* |
| Account No:<br>*Creditor # : 56*<br>*New Images/US Foods*<br>*Chris/Tammy Tatro*<br>*PO Box 291, 40 Mariondale Dr*<br>*Plantsville CT 06479* | | | *2004*<br>*Price of unfurnished product* | | | | *$ 3,726.00* |
| Account No:<br>*Creditor # : 57*<br>*No Other Impressions*<br>*10 Symington Place*<br>*Rochester NY 14611* | | | *Goods and/or services* | | | | *$ 566.00* |
| Account No:<br>*Creditor # : 58*<br>*Noco Energy*<br>*2440 Sheridan Drive*<br>*Tonawanda NY 14150* | | | *Goods and/or services* | | | | *$ 744.76* |
| Account No:<br>*Creditor # : 59*<br>*Jim Nugent & Nick Marrone*<br>*1655 Elmwood Avenue #210*<br>*Rochester NY 14620* | | | *Rent and Note* | | | | *$ 60,000.00* |
| Account No:<br>*Creditor # : 60*<br>*Paccar*<br>*Barbara McHarg*<br>*PO Box 1518*<br>*Bellevue WA 98009* | | | *Royalties* | | | | *Unknown* |

Sheet No. _10_ of _17_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**    *67,235.94*
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ _____ / Debtor   Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 61_<br>_Paint Masters Auto Finishers_<br>_3327 Brighton Henrietta TL Rd._<br>_Rochester NY 14623_ | | _Goods and/or services_ | | | | _$ 1,499.51_ |
| Account No:<br>_Creditor # : 62_<br>_Paris Kirwan_<br>_PO Box 40420_<br>_Rochester NY 14604_ | | _Insurance_ | | | | _$ 2,000.00_ |
| Account No:<br>_Creditor # : 63_<br>_Paychex_<br>_PO Box 25509_<br>_Rochester NY 14625_ | | _Payroll service_ | | | | _$ 1,000.00_ |
| Account No:<br>_Creditor # : 64_<br>_Peerless Insurance_<br>_62 Maple Ave_<br>_Keene NH 03431_ | _X_ | _2004_<br>_Insurance_ | | | | _$ 3,901.56_ |
| Account No:<br>_Creditor # : 65_<br>_Pet Foods_<br>_Shannon Wilson_<br>_747B Simuel Rd_<br>_Spartansburg SC 29301_ | | _2004_<br>_Price of unfurnished product_ | | | | _$ 9,348.00_ |
| Account No:<br>_Creditor # : 66_<br>_Pettinger Sheet Metal_<br>_Fabrication_<br>_101 Saltonstall Street_<br>_Canandaigua NY 14424_ | | _Goods and/or services_ | | | | _$ 656.50_ |

Sheet No. _11_ of _17_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     _18,405.57_
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _P&D Manufacturing, Inc._ _____ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 67<br>Petty Enterprises<br>Attention: Jim Hannigan<br>311 Branson Mill Road<br>Randleman NC 27317 | | Royalties | X | | | Unknown |
| Account No:<br>Creditor # : 68<br>Piggly Wiggly<br>Rita Postell<br>176 Croghan Spur Rd #101<br>Charleston SC 29407 | | 2004<br>Price of unfurnished product | | | | $ 3,290.00 |
| Account No:<br>Creditor # : 69<br>Primedia Enterprises<br>6420 Wilshire Blvd<br>Los Angeles CA 90048-5515 | | Royalties | | | | Unknown |
| Account No:<br>Creditor # : 70<br>Printex<br>12113 Kirkham Road<br>Poway CA 92064 | | Goods and/or services | | | | $ 1,600.00 |
| Account No:<br>Creditor # : 71<br>PRN Corporation<br>18 Blacksmith Road<br>PO Box 351<br>Feeding Hills MA 01030 | | Goods and/or services | | | | $ 3,294.26 |
| Account No:<br>Creditor # : 72<br>Providence Metallizing Co.<br>51 Fairlawn Avenue<br>Providence RI 02860 | | Goods and/or services | | | | $ 1,418.75 |

Sheet No. _12_ of _17_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $**<br>(Total of this page) | 9,603.01 |
| **Total $**<br>(Report total also on Summary of Schedules) | |

FORM B6F (12/03) West Group, Rochester, NY

In re _P&D Manufacturing, Inc._ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> _Creditor # : 73_ <br> _Qualtech Reprographics_ <br> _111 Humboldt Street_ <br> _Rochester NY 14609_ | | _Goods and/or services_ | | | | _$ 555.00_ |
| Account No: _89-1_ <br> _Creditor # : 74_ <br> _RDA Container Corp._ <br> _70 Cherry Road_ <br> _Rochester NY 14624_ | | _Goods and/or services_ | | | | _$ 6,161.51_ |
| Account No: <br> _Representing:_ <br> _RDA Container Corp._ | | _United Commercial Collection_ <br> _105 Earhart Drive_ <br> _Buffalo NY 14221_ | | | | |
| Account No: _0786_ <br> _Creditor # : 75_ <br> _Retriever Payment Systems_ <br> _20405 State  Hwy 249 #700_ <br> _Houston TX 77070_ | | _Charge card processing_ | | | | _$ 0.00_ |
| Account No: <br> _Creditor # : 76_ <br> _Roadway Express_ <br> _PO Box 93151_ <br> _Chicago IL 60673_ | | _Freight_ | | | | _$ 296.69_ |
| Account No: <br> _Creditor # : 77_ <br> _Rochester Gas & Electric_ <br> _89 East Avenue_ <br> _Rochester NY 14649_ | | _Utility Bills_ | | | | _$ 5,000.00_ |

Sheet No. _13_ of _17_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** (Total of this page) _12,013.20_

**Total $** (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re *P&D Manufacturing, Inc.* _____ / Debtor      Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 78 Rochester Welding Supply 510 State Street Rochester NY 14608* | | | *Goods and/or services* | | | | *$ 115.96* |
| Account No: *Creditor # : 79 Rotenberg & Co. 1870 Winton Rd. S. Rochester NY 14618* | X | | *thru 2004 Accounting services* | | | | *$ 40,000.00* |
| Account No: *Creditor # : 80 S.E. Bennett Co. c/o Craig Harrick, Esq. 33 River Street Chagrin Falls OH 44022* | | | *Services* | | | X | *$ 3,200.00* |
| Account No: *Representing: S.E. Bennett Co.* | | | *Bedford Municipal Court 165 Center Road Bedford OH 44146* | | | | |
| Account No: *Representing: S.E. Bennett Co.* | | | *Gilmore & Burland 23300 Chagrin Blvd Cleveland OH 44122* | | | | |
| Account No: *Creditor # : 81 S.R. Bacher 6 Grand Erie Way Fairport NY 14450* | | | *Goods and/or services* | | | | *$ 9,233.18* |

Sheet No. *14* of *17* continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** (Total of this page)      *52,549.14*

**Total $** (Report total also on Summary of Schedules)

In re _P&D Manufacturing, Inc._ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> *Creditor # : 82* <br> *Safety-Kleen Systems, Inc.* <br> *PO Box 382066* <br> *Pittsburgh PA 15250* | | *Goods and/or services* | | | | *$ 2,252.06* |
| Account No: <br> *Creditor # : 83* <br> *Sericol, Inc.* <br> *12554 Collections Center Dr* <br> *Chicago IL 60693* | | *Goods and/or services* | | | | *$ 1,712.52* |
| Account No: <br> *Creditor # : 84* <br> *Service Trucking* <br> *Ed Bannon* <br> *21700 Eskridge Rd* <br> *Bridgeville DE 19933* | | *2004* <br> *Price of unfurnished product* | | | | *$ 7,395.00* |
| Account No: <br> *Creditor # : 85* <br> *Strickner Tool & Design* <br> *793 Canning Parkway* <br> *Victor NY 14564* | | *Goods and/or services* | | | | *$ 1,213.40* |
| Account No: <br> *Creditor # : 86* <br> *Teamsters Local Union 36* <br> *Ed Mattas* <br> *4626 Mercury St* <br> *San Diego CA 92111* | | *2004* <br> *Price of unfurnished product* | | | | *$ 4,860.00* |
| Account No: <br> *Creditor # : 87* <br> *Total Logistics Control* <br> *Linda Nienhuia* <br> *10875 Chicago Dr* <br> *Zeeland MI 49464* | | *2004* <br> *Price of unfurnished product* | | | | *$ 17,700.00* |

Sheet No. _15_ of _17_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** (Total of this page) *35,132.98*

**Total $** (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _P&D Manufacturing, Inc._____ / Debtor   Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:**<br>*Creditor # : 88*<br>*Trumpler Clancy*<br>*PO Box 483*<br>*Hamburg NY 14075* | | | *Goods and/or services* | | | | *$ 65.26* |
| **Account No:**<br>*Creditor # : 89*<br>*United Parcel Service*<br>*PO Box 650580*<br>*Dallas TX 75265* | | | *Services* | X | X | | *$ 8,000.00* |
| **Account No:**<br>*Creditor # : 90*<br>*United States Plastic Corp.*<br>*1390 Neubrecht Rd.*<br>*Lima OH 45801* | | | *Goods and/or services* | | | | *$ 455.39* |
| **Account No:**<br>*Creditor # : 91*<br>*Upstate Litho, Inc.*<br>*c/o Credit Mediators, Inc.*<br>*PO Box 456*<br>*Upper Darby PA 19082* | | | *Goods and/or services* | | | | *$ 2,051.00* |
| **Account No:**<br>*Creditor # : 92*<br>*WNY Computing Systems*<br>*1100 Pittsford-Victor Rd.*<br>*Pittsford NY 14534* | | | *Services* | | | | *$ 2,044.04* |
| **Account No:**<br>*Creditor # : 93*<br>*Xpedx*<br>*PO Box 371083*<br>*Pittsburgh PA 15250* | | | *Freight* | | | | *$ 167.79* |

Sheet No. _16_ of _17_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** *12,783.48*
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _P&D Manufacturing, Inc._ _____ / Debtor      Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 94* *Xpert Paint* *Dept 1451* *Denver CO 80291* | | | *Goods and/or services* | | | | *$ 249.90* |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _17_ of _17_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** (Total of this page) | *249.90* |
| **Total $** (Report total also on Summary of Schedules) | *801,560.11* |

In re *P&D Manufacturing, Inc.*                    / Debtor          Case No. _____
                                                                                    (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of
creditors.

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

In re *P&D Manufacturing, Inc.* _____ / Debtor   Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *David & Patricia Lowe*<br>*PO Box 445*<br>*Webster NY  14580* | *Adair Kaul Law Firm*<br>*300 Linden Oaks*<br>*Rochester NY  14625*<br><br>*Phyllis Austin*<br>*14 Carob Court*<br>*Penfield NY  14526*<br><br>*Brothers 2 LP*<br>*545 Basket Road*<br>*Webster NY  14580*<br><br>*Capital One*<br>*PO Box 85015*<br>*Richmond VA  23285*<br><br>*Peerless Insurance*<br>*62 Maple Ave*<br>*Keene NH  03431*<br><br>*Rotenberg & Co.*<br>*1870 Winton Rd. S.*<br>*Rochester NY  14618* |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In re *P&D Manufacturing, Inc., a Corporation*
*fdba Winross*

Case No.
Chapter *7*

_____ / Debtor

Attorney for Debtor: *Raymond C. Stilwell, Esq.*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ *841.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $ *841.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $ *0.00*

3. $ *209.00* of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

Dated: *2/26/2004*              Respectfully submitted,


                              X */s/ Raymond C. Stilwell, Esq.* _____
Attorney for Petitioner: *Raymond C. Stilwell, Esq.*
                         *ADAIR KAUL MURPHY AXELROD & SANTORO LLP*
                         *300 Linden Oaks*
                         *Suite 220*
                         *Rochester NY  14625*

Canandaigua National Bank
73 South Main Street
Canandaigua, NY  14424


Mike Absher
5575 Giddie Dr
Winston Salem, NC  27105


Edwin Adamczyk
7795 Oakland Pl
Waterford, MI  48327


Rob Ahlers
66 W Nimisila Road
Akron, OH  44319


Jaime Alston
114-62 210th St
Jamaica, NY  11411


Tony Anderson
394 S Beston Rd
LaGrange, NC  28551


Bruce Andrews
PO Box 13
Whitsett, NC  27377


Marcia Armbrecht
40 Scott Dr
Stroudsburg, PA  18360

J.Richard Aresnault
211 Blue Mt. Est.
Rocky Face, GA  30740

Greg Atkinson
3456 Marblecrest Ct
Dayton, OH  45440

Timothy Baer
16303 Gulfwinds Ct
Grover, MO  63040

Dennis Bagby
2233 N. Suree Ellen Lane
Altadena, CA  91001

George Beauchamp
10425 Beauchamp Lane
Delmar, DE  19940

Ralph Beaulleu
196 Westshore Ave
Manchester, NH  03109

Edwin Beck
2927 Woodshead Terr
York, PA  17403

Larry & Darlene Becker
1954 Renoll Lane
Spring Grove, PA  17362

Terry Becksvoort
5020 Christy Lane
Holland, MI  49424


Paul Beddiges
181 Bear Dr
Lehighton, PA  18235


Randy Bedway
30 Avenue E
Schuklkillhaven, PA  17972


Don Beem
703 N. Buffalo St
Silver City, NM  88061


Douglas Bender
4959 Renie Rd
Bellville, OH  44813


James Bernardoni
52 New Plaza St
Yalesville, CT  06492-2237


Lawrence Berra
230 Banta Avenue
Garfield, NJ  07026


Clifford Besch
2715 Jenna Circle
Montgomery, IL  60538

Nicole Betz
174 Meadow Lane
Marlton, NJ  08053


Bob Blazina
409 Mayer Ct
Ridgefield, NJ  07657


Paul Block
12462 N Luckoff Rd
Marana, AZ  85653


Thomas Blondin
3205 27th St
Parkersburg, WV  26104


Fern Blose
119 Redcliff Dr
Cresco, PA  18326


Robert Bloucher
105 Maiden Choice Lane
Carsonville, MD  21228


Linda Blue
7126 Country Rd 635W
Reelsville, IN  46171


Jean Bobeck
RR3- Box 3586
Hazelton, PA  18201

Scott Bodine
156 Lincoln Ave
Mount Holly, NJ   08060


Dennis Bodisch
105 N. Skyline Dr
Clarks Summit, PA   18411


Kenneth Boling, Sr.
408 N. Birchwood Avenue
Louisville, KY   40206


Joseph Bollinger
2490 Tom Austin Hwy
Greenbrier, TN   37073


Nancy Borsey
128 Waterbury Ave
Stamford, CT   06902


Kirk Bowman
809 Canton St
Jefferson, LA   70121


Carl Bracken
2512 Ann Way
Lower Burrell , PA   15068


James & Donna Brandt
280 Meadow Lane
Lebanon, PA   17042

Paul Bridges
23913 NW 94th Ave
Alachua, FL  32615


Daryl Brink
550 Lauricella Ave
Jefferson, LA  70121


Brian Brungard
95 Blessing Drive
Muncy, PA  17756


William Bruns
472  Tailholt Lane
Shelbyville, IN  46176


Dale Bryant
6704 Landover Hills Lane
Arlington, TX  76017


Joseph Bryson
3871 E 146 St
Cleveland, OH  44128


Christian Burkholder
5668 Pine Road
Thomasville, PA  17364


Bruce Burley
470 N Samuel Dr
Zanesville, OH  43701

Robert Burrows
1817 Myers Rd
Shelbyville, OH  44875


Paul Bygd
2024 Gernetz Lane
Red Wing, MN  55066


Nick Calola Jr.
100 Vineyard Rd
Edison, NJ  08817


William T Carline III
30 Tyler St
Attleboro, MA  02703


Edward Carter
3807 Clubhouse Dr
Fayetteville, PA  17222


Vincent Cestaro
41 Van Rensselaer St
Belleville, NJ  07109


Turn Chan
20 Burning Bush Drive
Rochester, NY  14606


Greg Chandler
1218 Washington St
Eden    , NC  27288

David Chapell
89 Ohio St
Laporte, IN  46350

Tom Chladek
3427 G Street
Philadelphia, PA  19134

Roy & Carol Chugg
135 Ridgewood Rd
Rochester, NY  14626

Michael Cicalese
200 Bungalow Terr
Millington, NJ  07946

Tom Cichon
55 Rogers Ave
Rochester, NY  14606

Jeff Cleary
646 Elm St
Bally, PA  19503

Michael Collins
5331 Grain Mill Rd
Pahrump, NV  89061

Bill Colotto
6016 Tournament Dr
Waterville, OH  43566

Warren Condon
4403 E Orange Creek La
Anaheim, CA  92780


John Cook
18 Bradford Terr
New Windsor, NY  12553


Randy Cool
14707 Pennsylvania Ave
Hagerstown, MD  21742


Joe Coolack
659 Limecrest Rd
Newton, NJ  07860


Robert Cooper
507 Blackburn Ave
York, NE  68467


Timothy Cooper
390 Andrews Dr
PO Box 249
Almond, NC  28702-0249


Pierre Cousar
78 W 141st St
Dixmoor, IL  60426


Douglas Crips
255 Peachtree Place
Mason, MI  48854

Terry Cromley
POB 20
Montadon, PA  17850


Sean & Ellen Cronan
67 E Case Dr
Hudson, OH  44236


Mike Culliton
5230 Mosquero Rd
Spring Hill, FL  34606


Robert Cultice, Jr.
PO Box 52
812 W Dalmen Rd
Kouts, IN  46347


Patrick Currence
6468 Rockshire St
Alexandria, VA  22315


Samuel Curry
8434 Knights Ridge Rd
Charlotte, NC  28210


Clarence Dals
32972 106th St
Eureka, SD  57437


Mark Danielczyk
4302 W Shamrock Lane #30
McHenry, IL  60050

Michiel Davis
455 N Walnut

Wahoo, NE  68066


Leo Debri
959 Kendlewood NE
Grand Rapids, MI  49505



Nick Degrazio
306 Pine Rock Ave
Hamden, CT  06514-4858



Jim Deibert
2225 Benders Dr
Bath, PA  18014



Harvey Dekrafft
1000 Main Street #200
Voorhees, NJ  08054



Barbara Demay
2253 Boller Dr
Westminster, MD  21157



Kevin DeRoller
1231 Lake Point Drive
Webster, NY  14580



Clarence Derr
6816 Everall Avenue
Baltimore, MD  21206

Judy & Ronald Devine
500 E Joyce St
Mebane, NC  27302


Robert Dignan
433 Hartsdale Rd
Virginia Beach, VA  23462


Mike Dinsmore
 61 Sandalwood Drive
Rochester, NY  14616


Richard Ditzler
327 Fretz Rd
Perkasle, PA  18944


Thomas Donelson
337 S. Countryside Dr
Ashland, OH  44805


Brian Donohue
7454 Racing Rd
Pleasant Garden, NC  27313


William Donovan
1808 Edgewater Trail
Whitehouse, TX  75791


James Dorris
14 E. Howard St
Stowe, PA  19464

Bruce Doyle
154 Church Street
Keyport, NJ   07735


Todd Dudley
458 Pleasant Valley Rd
Silver Creek, GA   30173


Ed & Midge Edwards
RR6- Box 6595
Moscow, PA   18444


Sidney Edwards
737 Pangburn Street
Grand Prairie, TX   75051


Robert Erickson
617 Chicago Street
East Peoria, IL   61611


Virginia Ernst
465 Manor Dr
Seymour, IN   47274


Ron Evans
1320 Southeast Avenue
Tallmadge, OH   44278


Earl Evans
PO Box 522
3461 Canfield Niles Rd
Canfield, OH   44406

James Eyer
401 Adelia
Springfield, IL  62704


Les Fitzgerald
241 Broadway Avenue
Horsham, PA  19044


Robert Flood
PO Box 501
206 N. 1st Street
Newman Grove, NE  68758


Richard Ford
6985 Harmony Circle
Talbott, TN  37877


Michael Fountain
1193 N 1100 W
Farmington, UT  84025


James Fralin
PO Box 5037
Roanoke, VA  24012


Joyce Frey
446 Longfellow Dr
Lancaster, PA  17602


Michael Frye
4427 H Street
Philadelphia, PA  19124

Frederick Gabriel
1030 Hardesty Place W
Columbus, OH  43204


Robby Gaines
4500 US Highway 25
East Bernstadt, KY  40729


Al & Jeffrey Gamble
629 Hawthorne St
Enola, PA  17025


Charlie Gartman
1001 N Berkley #108A
Desoto, TX  75115


Tom Gascoigne
1763 Baseline Rd #450
Grand Island, NY   14072


Robert Gates
211 A Gates Rd
Little Ferry, NJ  07643


James George
841 Old Farm Dr NW
Grand Rapids, MI  49544


Thomas Gerwer
117 7th Avenue
Brandon, SD  57005

Wayne Gestring  
849 Avon Rd  
Memphis, TN  38122

Edgar Giraldo  
PO Box 493  
Dover, NJ  07801

Ralph Glaus  
PO Box 363  
New Athens, IL  62264

Wade Glessner  
264 High Mtn Rd  
Shippensburg, PA  17257

James Glover  
PO Box 1713  
Abingdon, VA  24210

Brian Gordiski  
68 Byram Shore Rd  
Greenwich, CT  06830

Lee Graham  
67 Third Ave SW  
Pataskala, OH  43062

James Graves  
255 E. Main St  
Norwalk, OH  44857

Charles Gregg
2314 Rockvale Rd
Lancaster, PA  17602


Richard Griffith
13115 Lester Dr
St. Louis, MO  63138


Ray Groff
PO Box 444
Mount Joy, PA  17522


Samuel Guido
20 Bunker Avenue
Yorkville, NY  13495


Bruce Gunther
360 Meetinghouse Lane
Lancaster, PA  17601


Karen Halday
100 Oakview Dr
West Haven, CT  06516


Robert Hall
2258 Newville Rd
Carlisle, PA  17013


David Halter
927 Oak Dr
Pottstown, PA  19464

Tim Hanna
4125 Marietta Avenue
Mt Joy, PA  17552


James Harner
6 Walnut Ln
Sacramento, PA  17968


Scott Harter
6 Willowbend Ct
Bloomngton, IL  61704


James Hayden Jr
541 Broad St, Box 66
Tatamy, PA  18085


James Hayden
541 Broad St
POB 66
Tatamy, PA  18085


Ryan Heck
455 Hornet Ave Unit 121
Pearl Harbor, HI  96860


Louis & Martha Helterbran
70-351 Old Town Rd
Vernon, CT  06066


Gene Henson
1645 Biloxi Ct
Orlando, FL  32818

Robert Henuset
10975 Dutton Rd
Philadelphia, PA  19154

Ron Hicks
11015 North Farm Rd #139
Brighton, MO  65617

George Hiler
9850 Rosemont Ave #302
Lone Tree, CO  80124

Elmer Hill
98 Lincoln Dr
Pennsville, NJ  08070

Steven Hinkle
933 Valencia Mesa Dr
Fullerton, CA  92835

Kenneth Hoffman
1154 Hasenour Ave
Jasper, IN  47546

Willie Holley
1135 Samuelson St
City of Industry, CA  91748

Larry Holmquist
28543 730th Ave
St James, MN  56081

Andrew Horner
1413 E Chestnut St
Lebanon, PA  17042


Owen Horton Jr.
7571 Thomas Spring Rd
Bridgewater, VA  22812


Gayle Horton
W10757 Jeffrey Rd
Merrillan, WI  54754


Paul Host
3302 N Cramer St
Milwaukee, WI  53211


Douglas Hudson
2335 Buttermilk Crossing #142
Crescent Springs, KY  41017


Lewis Hudson
1655 Banbridge Rd
Kernersville, NC  27284


John & Diana Hunter
130 Quail Haven Dr
Walhalla, SC  29691


Jeff Hunter
3200 Mill Pond Dr
Belbrook, OH  45305

Donald Hurlbutt
2114 Lillian St
Bellevue, NE  68147


Ronald Hurst
POB 277
Greenwood, DE  19950


IRS Special Procedures
POB 266, Niag. Sq. Sta.
Buffalo, NY  14201


Jack Butcher
3842 Yew Drive
Columbus, OH  43228


Paul Jakublak
4340 Courtside Dr
Williamstown, MI  48895


Stephen Janiski
8820 Goldentree Lane
Essex, MD  21221


John Jandura
19 Lorraine Drive
Clifron, NJ  07012


Wayne Johnson
16 Pendexter St
Lynn, MA  01960

Billy Joyce
3075 Highway 8 South
Walnut Cove, NC  27052


Robert Kanton
1016 Martarano Dr
Throop, PA  18447


Tom Kasper
1101 Honey Lane
New Lenox, IL  60451


Harlan Keeley
239 Ridge Road
Claymont, DE  19703


Barry Kelchner
35 Marsh Hawk
Hackettstown, NJ  07840


Phil Keller
5374 NC Hwy 141
Marble, NC  28905


Dale Kelley
554 Winston St
Grand Prairie, TX  75052


Roger & Donna Kiracofe
122 Millers Rd
Bridgewater, VA  22812

Walter Klefeker
1524 E 700 N
Ossian, IN  46777


Don Kleinschmidt
301 W. Lincoln Ave
Mt. Vernon, IN  47620


Orrin Kline
PO Box 242
Manassas, VA  20108


Jay Klotz
HC2 Box 2512
Unionville Rd
Jim Thorpe, PA  18229


Allan Klubertanz
W10248 Wells Rd
Lodi, WI  53555


Chuck Knill
PO Box 346
Cedar Knolls, NJ  07927


Enze Knisley
124 S Middle St
Leesburg, OH  45135


Dennis Koster
6076 147th Avenue
Holland, MI  49423

Cheryl Kuflik
7621 Little Ave- 3d floor
Charlotte, NC  28226


Robert Kunz
504 Alanbrook Ct
Hillsborough, NC  27278


Christopher Lannon
39 Dodge Hill Rd
Sutton, MA  01590


Mark Laplenski
481 River Road
Agawam, MA  01001


Ronala Lara
PO Box 462, 218 N Main St
Elizabeth, IL  61028


Walter Lasick
920 Maplewood Dr
Castle Shannon, PA  15234


Benjamin Lee
26 Denniston Dr.
Saugerties, NY  12477


Kent Leftwich
2 Janney Cr
Canton, MO  63435

Ronald Leiphart
2271 Delta Rd
Brogue, PA  17309

Bruce Leutschwager
1624 East Main St
Griffith, IN  46319

Ronald Lun
503 Market St
Lacrosse, WI  54601

Marion Lynch
11001 Twosome Dr
San Antonio, FL  33576

William Lyons
6102 Quail Ridge Dr
Lakeland, FL  33813

Ronald & Carol Mackes
Box 112, Kriger Rd
Gilbert, PA  18331

Kenneth Magaw
79 Arbutus Avenue
South Portland, ME  04106

P Ronald Mariani
436 Fourth Street Box 545
Smithton, PA  15479

Mike Marley
16 Hemlock St
Dallas, PA  18612


Alden Martin
402 N. State St
Pioneer, OH  43554


Frank Martin
200 W Webster Ave
Roselle Park, NJ  07204


Mike Martinez
21542 Pointed Oak Lane
Katy, TX  77450


Carlos Martinez
Hwy 518
Sapello, NM  87745


Anthony Mattiucci
925 Little Pond Way
Webster, NY  14580


Don Mazzola
34 Williamsburg Drive
Fairport, NY  14450


Kenneth McKee
611 Sunset Dr
Marengo, IL  60152

Edward McKinnon
255 Citrus Ridge Dr
Davenport, FL  33837


Bert Mederna
106 S Chase Ave
Lombard, IL  60148


Wilson Meier
143 Mckinley St
Massapequa Pk, NY  11762


David Melton
105 Massey Dr
Martinsville, IN  46151


Dale Melton
808 Harrison
Goodland, KS  67735


Matthew Menner
23 Third Avenue
Burlington, MA  01803


Walter Meredith
4421  Danville Pike
Hillsville, VA  24343


Frank & Marlene Messin
28968 Olinda Tr
Lindstrom, MN  55045

Ronald Miller
5284 Mill Rd
Emmaus, PA  18049


Brian Miller
2 Goebel Street
Rochester, NY  14620


Jeffrey Miller
7738 Meadowhaven
Dallas, TX  75254


John Miller
771 W Mudpike Rd
Rockwood, PA  15557


Joseph Miller
963 Jefferson Blvd
Hagerstown, MD  21742


George Mitchell
2176 I Avenue
Minburn, IA  50167


Steve Molnar
249 Lawrence Dr
Harrisburg, PA  17112


Robert Montanero
4789 St Hwy 30
Amsterdam, NY  12010

Thomas Morford
8226 Bayview Ct
Indianapolis, IN  46256


Roland Morrow
311 W. Lee Etta Dr
Galltin, TN  37066


Tom & Karen Mosher
36855 Weber Dr
Sterling Hts, MI  48310


Stewart Mundy
20 Bellevue Ave
Providence, RI  02914


William Murphy
1378 Carver Road
Griffin, GA  30224


Thomas Murray
2009 Fountain Green Rd
Bel Air, MD  21015


William Neal
25839 Shore Hwy
Denton, MD  21629


Matt Nedeau
37 Thompson St.
Amesbury, MA  01913

Donald Nelson
6172 70th St N
Glyndon, MN  56547


Gray Neuweiler
3213 Papillon Ct
Modesto, CA  95356


Charles Nicolo
1502 Barnswallow Dr
Bensalem, PA  19020


James Nixon
1130 Coventry Cr
Lancaster, OH  43130


NYS Depatment of Labor
Insolvency Unit
Bldg 12 Room 256
Albany, NY  12240


NYS Dept. of Tax & Finance
Bankruptcy Unit
PO Box 5300
Albany, NY  12205-0300


William Ocker
88 Logan St
Lewiston, PA  17044


Reld O'Connell
146 Pinecrest Drive
Rochester, NY  14617

Sheri Orrick
469 NW Hampshire Ct
Blue Springs, MO  64014


Christopher Osvalds
3238 Thomas Hickey
Joliet, IL  60431


Eldon Parrish
2109 NE 13th St
Moore, OK  73160


Dennis Pennington
258 E Ben Franklin Hwy
Birdsboro, PA  19508


Carol Pennington
4640 Wood Bridge Dr
Kernersville, NC  27284


Ronald & Kim Peters
910 S Humer St
Enola, PA  17025


Robert Petty
115 Dill Dr
Piedmont, SC  29673


Richard Phillips
10 Timberidge Ct
Lake Wylie, SC  29710

Juan Portales
1424 W Price Road
Brownsville, TX  78522


James Portsmouth
273 Rachel Rd
Kennewick, WA  99338


John Posen
957 Wentz Rd
Blue Bell, PA  19422


Angela P'pool
2474 Tennessee Dr
Xenia, OH  45385


Donald Prager
11412 Barley Field Way
Marriottsville, MD  21104


Kevin Pritts
240 E Loyalhanna St
Ligioner, PA  15658


Herman Pruitt
4481 Joseph Dr
Snellville, GA  30039


Ralph Quesada
20844 Parish Pl
Riverside, CA  92508

William Quinn
821 Christianson Ave
Madison, WI  53714


Joseph Rala
102 Marcy Pl
Brick, NJ  08724


Mike Rank
715 Brookeville Drive
Webster, NY  14580


Randy Rawlings
2110 W Hovey St
Normal, IL  61761


Brandon Rawlins
1106 Nestwood Lane
Webster, NY  14580


Robert Reagan
RR 1, Box 1559
Beach Lake, PA  18405


David Resch
2569 Spencerport Rd
Spencerport, NY  14559


Richard Rinschler
555D NE 2nd Lane
Ocala, FL  34470

Michael Ripp
77 Mill St
Bloomfield, NJ  07003


Elwood Roberson
3521 McCuiston Rd Lot 1
Greensboro, NC  27407


James Roberson
825 Coolidge St #510
Honolulu, HI  96826


Jacqueline Roberts
544 Valleyview St
Kent, OH  44240


George Ross
4678 Jefferson Township Lane
Marietta, GA  30065


Ricky Rowe
14528 National Pike
Clear Spring, MD  21722


James Rushing
810 SW 26th St
El Reno, OK  73036


James Russell
3197 N. Sherlock Pt
Hernando, FL  34442

Emory Russell
PO Box 447- Hwy 64
Cimarron, NM  87714


Richard Sabourin
3559 S Lenox St
Milwaukee, WI  53207


Daniel Schaefer
13549 Woodworth Rd
New Springfield, OH  44443


Dennis Schubert
90100 Shady Oak Lane
Kerrick, MN  55756


Eric Scheueneman
1330 Henry Brennan Drive
El Paso, TX  79936


Ron Schuller
RD 1 Box 174B
Tioga, PA  16946


Jack Schunk
PO Box 636
Perrysburg, OH  43552


Charles Schwandt
N5530 State Rd 76
Shlocton, WI  54170

Charles Schwartz
RR6- Box 6548
Moscow, PA  18444


Jay Seidenstricker
2941 Sunset Dr
Dallastown, PA  17313


Wes Senft
917 Dallas Dr
York, PA   17406


Mohamad Sesay
5235 Sage St
MountainHome AFB, ID  83648


Eugene Shanholtz
PO Box 840
Fort Ashby, WV  26719


James Sharpe
363 Lynn Drive
Nashville, TN  37211


Dwight Shearer
RR2- Box 926
New Bloomfield, PA  17068


Al Shumskis
149 Mills Rd
Walden, CA  93612

Jeff Simmons
1140 Maple St
Honey Brook, PA  19344


Fred Simontz
2412 Fosterdale Lane
Winston Salem, NC  27107


James H Smith
 7958 Grant Avenue Rd
Auburn, NY  13021


Calvin Smith
131 Picket Avenue
Frankfort, KY  40601


Carl Smith
5880 Hamilton Rd
Jordan, NY  13080


George Smith
52 Valentine Rd
Northborough, MA  01532


John R Smith
4 Dewalt Drive
Mechanicsburg, PA  17050


Leslie Smith
2906 N. Harrison St
Wilmington, DE  19802

Marvin Smith
394 Lyman Circle
Brunswick, OH  44212


Russell Springer
5 Libby Street
Lisbon Falls, ME  04252


Dave Stallard
3975 Deep Woods Bayou
Door, MI  49323


Donald Stamets
244 Bushkill St
Easton, PA  18042


Ellis & D Brown Stauffer
16 Colt Dr
Mertztown, PA  19539


Paul Stauffer
652 St. Rte 897 E
Newmanstown, PA  17073


John Stephany
32905 395th Ave
Bellevue, IA  52031


Dale Stermer
RR1, Box 42B
Millerton, PA  16936

Richard Strause
190 N. Faust Road
Bethel, PA 19507


Robert Strickler
17 Village Dr
Newmanstown, PA 17073


Dawn Struckle
1812 Cardinal Dr
Cresco, PA 18326


Gary Stuffo
730 Cox Road
Moorestown, NJ 08057


Mike Sydenstricker
811 Talbot St
Belpre, OH 45714


Phillip Teach
14241M Fallingwaters Rd
Williamsport, MD 21795


Renae Thomas
7469 Holly Ct
Riverdale, GA 30274


Steven Thomas
12121 S Land Ave
Oklahoma City, OK 73170

Robert Thomas
RD#3- Box 158
Susquehanna, PA  18847


Thomas Titus
5700 Bear Creek Rd
Fairview, PA  16415


Dale Toms
5670 SW State Route T
Polo, MO  64671


Craig Tucker
1145 Highbrook Avenue
Suite 409
Akron, OH  44301


Ron Turnbaugh
24 Blade Dr
Dover, DE  19901


Edna Turner
9421 Brooks Gap Rd
Fulks Run, VA  22830


Chris Unger
1802 Rt 31 N Suite 2
Clinton, NJ  08809


Winifred Vajdic
204 Reading St
Steelton, PA  17113

David Valenti
9050 Iron Horse Lane #320
Pikesville, MD  21208


Thomas Vancoppenolle
312 Seneca Dr
Montpelier, OH  43453


Vernon Vanover
913 Crescent
Sikeston, MO  63801


Kevin Very
9082 Very Rd
Machias, NY  14101


Dean Vough
1291 Louisiana Ave
Akron, OH  44314


George Walburn
570 S. River Rd
Halifax, PA  17032


Cory Walker
1020 Shoemaker Road
Webster, NY  14580


Lewis Wall
PO Box 879
Chatham, VA  24531

Marshall Waters
284 Randall Ave
Warwick, RI  02889


Richard Way
260 W Orange St
Lake Alfred, FL  33850


Charles Webster
747 Russell Strausse
Cookeville, TN  38501


Rhoda Welch
213 Sycamore Rd
Elkton, MD  21921


Gary Wendt
104 E Comstock Ave
Addison, IL  60101


Rick Werner
2600 Fairview Ave E # 14
Seattle, WA  98102


Chris Westhall
114 Tolland Ave
Stafford Springs, CT  06076


Lester Weyand
1218 N Eaton
Indianapolis, IN  46219

Gordon Wheeler
7 Glenn Street
Cortland, NY  13045


Marvin Wheeler
1902 Stonewall Dr
Union City, TN  38261


John White
219 Wellburg High Point Rd
Winston Salem, NC  27107


Stewart Williams
11 Orchard St
Rensselaer, NY  12144


Gen Wilson
70 S. Wilson St
Muskegon, MI  49442


Dewayne Winthrow
16759 County Rd 24
Mt Blanchard, OH  45867


Bill Woland
19 W 3rd Street
Watsontown, PA  17777


Frank Yaklin
4333 25th Avenue #5
Fort Gratiot, MI  48059

Carl Yowell
5731 Old Ct. Rd.
Baltimore, MD  21244


Mark & Lora Zeiger
1151 Lasalle Ave
Grand Island, NY  14072


Wendell Zentz
158 N Carroll St
Thurmont, MD  21788


Art Zink
610 Ranger Rd
Falbrook, CA  92028


ABF
Rick Nolte
PO Box 10048
Fort Smith, AR  72917


Adair Kaul Law Firm
300 Linden Oaks
Rochester, NY  14625


Advanced Business Machines
1505 Cleveland Drive
Buffalo, NY  14225


Advantage Systems Professional
500 Linden Oaks
Rochester, NY  14625

Advantage Tool & Mold
Steven Pullen
999 Ridgeway Avenue
Rochester, NY  14625


Aim Corrugated Container
PO Box 7575
Lancaster, NY14086


Airborne Express
c/o NCO Financial Services
1804 Washington Blvd
Baltimore, MD  21230


American Express Processing
PO Box 53582

Phoenix, AZ  85072


Phyllis Austin
14 Carob Court
Penfield, NY  14526


B2B Gloves.com, Inc.
PO Box 92351
Rochester, NY  14692


Bailey & Co.
Jane Hoffinger, Esq.
2565 Brighton Henrietta TL Rd
Rochester, NY  14623


Bedford Municipal Court
165 Center Road
Bedford, OH  44146

Sean Bogle
PO 151358
Altamonte Sprs, FL  32701-1358


Tom Britt
11711 College Avenue #100
Carmel, IN  46032


Brothers 2 LP
545 Basket Road
Webster, NY  14580


Capital One
PO Box 85015
Richmond, VA  23285


Carney Plastics
1010 W. Rayen Avenue
Youngstown, OH  44502


Chaspak
230 Commerce Drive
Avon, NY   14414


Christi Plastics, Inc.
215 Tremont Street
Rochester, NY  14608


Citicorp Leasing/Citicapital
PO Box 7247-7878
Philadelphia, PA  19170-7878

Clariant, Masterbatch Division
3631 Collection Center Drive
Chicago, IL  60693


Crowley Foods
Robert Henuset
10975 Dutton Rd
Philadelphia, PA  19154


Crown Electric Supply Co., Inc
PO Box 86, Route 104
Union Hill, NY  14563


Crystal Clean
PO Box 68123
Indianapolis, IN  46268


Curbell, Inc.
PO Box 1850
Buffalo, NY  14240


Davis International/Handone
Studios, Inc.
1225 Clifford Avenue
Rochester, NY  14621


Deco Tools
1541 Coining Drive
Toledo, OH  43612


DG Productions, Inc./
UtilityToy
PO Box 522288
Longwood, FL  32752

Discover Financial Services,
Inc.
POB 3016
New Albany, OH  43054


D-M-E of Canada
PO Box 64155
Detroit, MI  48264


DuPont
21322 Network Place
525 West Monroe Street
Chicago, IL  60661


Exacto
1201 Hickory Street
PO Box 24
Grafton, WI  53024


Express Personnel Service
P.O. Box 268951
Oklahoma City, OK  73126


Fairway Spring Company
PO Box 69
Horseheads, NY  14845


Frontier Telephone
ATTN: J. Coyne/A. Lemberis
180 S. Clinton Avenue
Rochester, NY  14646-0300


G3 Transport
Dan Shields
9135 Boul. Henri-Buourassa Est
Montreal, Quebec CANADA  H1E 1P4

Gilmore & Burland
23300 Chagrin Blvd
Cleveland, OH  44122


Golden Box, The
7 Leonard Drive
East Rockaway, NY  11518


Greenwald Industrial Products
2507 51st Avenue
Hyattsville, MD  20781


Harris Beach LLP
99 Garnsey Road
Pittsford, NY  14534


Harvey-Daco/Central Freight
Mark Tynes
PO Box 7155
Waco, TX  76714


Home Depot
PO Box 105991, Dept 24
Atlanta, GA  30348


Hudson Valley Paper Co.
PO Box 1988
Albany, NY  12201


Ineos Acrylics

Isaac Heating
180 Charlotte Street
Rochester, NY  14607

J&H Screw Products Corp.
1745 Lakeville-E. Avon Road
Avon, NY  14414

J&J Machining
PO Box 5127
Greene, RI  02827

John D'Arpino
252 S. Plymouth Avenue
Rochester, NY  14608

Kenna Communications
554 Jefferson Avenue
Fairport, NY  14450

Land Line Magazine
c/o NCO Financial
PO Box 41593
Philadelphia, PA  19101

LCI
A-1 Country Club Road
E. Rochester, NY  14445

Lucite International
7275 Goddlett Farms Pkwy
Cordova, TN  38016

Manufacturing Self-Insurance
Trust
PO Box 3580
Syracuse, NY  13220


Marks Service Unlimited
488 US Route42
Ashland, OH  44805


Monroe County Sheriff
65 West Broad Street
Rochester, NY  14614


Monroe Litho
39 Delevan Street
Rochester, NY  14605


Mountain Star
Steve Demascio/A. Pinninger
6061 Telegraph Rd
Toledo, OH  43612


National Benefit Life Ins.
333 West 34th Street
New York, NY  10001


National Die Casting Machinery
33 Plan Way
Warwick, RI  02886


National Kard I-95 Corp.
33 Plan Way
Warwick, RI  02886

New Images/US Foods
Chris/Tammy Tatro
PO Box 291, 40 Mariondale Dr
Plantsville, CT  06479


No Other Impressions
10 Symington Place
Rochester, NY  14611


Noco Energy
2440 Sheridan Drive
Tonawanda, NY  14150


Jim Nugent & Nick Marrone
1655 Elmwood Avenue #210
Rochester, NY  14620


Paccar
Barbara McHarg
PO Box 1518
Bellevue, WA  98009


Paint Masters Auto Finishers
3327 Brighton Henrietta TL Rd.
Rochester, NY  14623


Paris Kirwan
PO Box 40420
Rochester, NY  14604


Paychex
PO Box 25509
Rochester, NY  14625

Peerless Insurance
62 Maple Ave
Keene, NH  03431




Pet Foods
Shannon Wilson
747B Simuel Rd
Spartansburg, SC  29301




Pettinger Sheet Metal
Fabrication
101 Saltonstall Street
Canandaigua, NY  14424




Petty Enterprises
Attention: Jim Hannigan
311 Branson Mill Road
Randleman, NC  27317




Piggly Wiggly
Rita Postell
176 Croghan Spur Rd #101
Charleston, SC  29407




Primedia Enterprises
6420 Wilshire Blvd
Los Angeles, CA  90048-5515




Printex
12113 Kirkham Road
Poway, CA  92064




PRN Corporation
18 Blacksmith Road
PO Box 351
Feeding Hills, MA  01030

Providence Metallizing Co.
51 Fairlawn Avenue
Providence, RI  02860


Qualtech Reprographics
111 Humboldt Street
Rochester, NY  14609


RDA Container Corp.
70 Cherry Road
Rochester, NY  14624


Retriever Payment Systems
20405 State  Hwy 249 #700
Houston, TX  77070


Roadway Express
PO Box 93151
Chicago, IL  60673


Rochester Gas & Electric
89 East Avenue
Rochester, NY  14649


Rochester Welding Supply
510 State Street
Rochester, NY  14608


Rotenberg & Co.
1870 Winton Rd. S.
Rochester, NY  14618

S.E. Bennett Co.
c/o Craig Harrick, Esq.
33 River Street
Chagrin Falls, OH  44022


S.R. Bacher
6 Grand Erie Way
Fairport, NY  14450


Safety-Kleen Systems, Inc.
PO Box 382066
Pittsburgh, PA  15250


Sericol, Inc.
12554 Collections Center Dr
Chicago, IL  60693


Service Trucking
Ed Bannon
21700 Eskridge Rd
Bridgeville, DE  19933


Strickner Tool & Design
793 Canning Parkway
Victor, NY  14564


Teamsters Local Union 36
Ed Mattas
4626 Mercury St
San Diego, CA  92111


Total Logistics Control
Linda Nienhuia
10875 Chicago Dr
Zeeland, MI  49464

Trumpler Clancy
PO Box 483
Hamburg, NY  14075


United Commercial Collection
105 Earhart Drive
Buffalo, NY  14221


United Parcel Service
PO Box 650580
Dallas, TX  75265


United States Plastic Corp.
1390 Neubrecht Rd.
Lima, OH  45801


Upstate Litho, Inc.
c/o Credit Mediators, Inc.
PO Box 456
Upper Darby, PA  19082


WNY Computing Systems
1100 Pittsford-Victor Rd.
Pittsford, NY  14534


Xpedx
PO Box 371083
Pittsburgh, PA  15250


Xpert Paint
Dept 1451
Denver, CO  80291

David & Patricia Lowe
PO Box 445
Webster, NY  14580